UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20062-CR-COOKE/TURNOFF

UNITED STATES OF AMERICA,

      Plaintiff,
Vs.

LUCIA OCHOA,

      Defendant.
_____/

## ORDER ON MOTION FOR PERMISSION TO TRAVEL

THIS CAUSE came before the Court on the defendant's *Unopposed Motion for Permission to Travel* (ECF No.125). The Court having reviewed the pertinent information and being duly advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** that the motion is **GRANTED.**

**DONE AND ORDERED** in Chambers at the United States District Courthouse in Miami- Dade County, Florida this 22nd day of July 2013.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
All counsel of record.