UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-20062-CR-COOKE

UNITED STATES OF AMERICA,

v.

LUCIA OCHOA,

    Defendant.
_____/

## UNITED STATES' MOTION FOR DOWNWARD DEPARTURE PURSUANT TO U.S.S.G. §5K1.1

The United States submits this motion for downward departure under 5K1.1 of the Sentencing Guidelines. This motion is based upon the substantial assistance provided by defendant Lucia Ochoa in the recent trial of *United States v. Jose Rojo*, Case No. 13-cr-20062-Cooke. The government will explain the basis for the departure and the recommended amount of departure at sentencing.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:    s/ Marlene Rodriguez
Marlene Rodriguez (120057)
Assistant United States Attorney
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9206
marlene.rodriguez@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that I filed this document electronically with the court on August 20, 2013, using CM/ECF.

s/Marlene Rodriguez
Assistant U.S. Attorney