```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
                    CASE NO. 13-20062-CR-COOKE

UNITED STATES OF AMERICA,

                Plaintiff,              NOVEMBER 6, 2013
        vs.
                                         MIAMI, FLORIDA

JOSE ROJO,

                Defendant.
_____/     Pages 1 - 80



                 TRANSCRIPT OF SENTENCING HEARING
               BEFORE THE HONORABLE MARCIA G. COOKE
                   UNITED STATES DISTRICT JUDGE



APPEARANCES:

FOR THE GOVERNMENT:     MARLENE RODRIGUEZ, AUSA
                        JIM HAYES, AUSA
                        Office of U.S. Attorney
                        99 NE 4th Street
                        Miami, Florida  33132

FOR THE DEFENDANT:      JOAQUIN PEREZ, ESQ.
                        JOSE-CARLOS VILLANUEVA, ESQ.
                        6780 Coral Way
                        Miami, Florida  33155



REPORTED BY:            DIANE MILLER, RMR, CRR
                        Official United States Court Reporter
                        400 N. Miami Avenue, Room 11-2
                        Miami, FL  33128
                        (305)523-5152
                        diane_miller@flsd.uscourts.gov
```

Wednesday, November 6, 2013

```
 1                    P-R-O-C-E-E-D-I-N-G-S

 2          THE COURT:  We are back in court in United States

 3  versus Jose Rojo.

 4          Appearing for the United States.

 5          MS. RODRIGUEZ:  Good morning, Your Honor.  Jim Hayes

 6  and Marlene Rodriguez for the United States.

 7          THE COURT:  And appearing for Mr. Rojo.

 8          MR. PEREZ:  Joaquin Perez and Jose-Carlos Villanueva

 9  appearing on behalf of Mr. Rojo, who is present in court.

10          THE COURT:  Spectators, you may be seated.

11          Today is the date and time set for sentencing

12  matters.

13          Counsel for the United States, are you ready to

14  proceed?

15          MS. RODRIGUEZ:  We are, Your Honor.

16          THE COURT:  Mr. Perez, are you ready to proceed?

17          MR. PEREZ:  We are, subject to some matters that I

18  would like to bring to the attention of the Court.

19          THE COURT:  What are those matters, Counsel?

20          MR. PEREZ:  In this case, the Defendant complied with

21  the local rules and submitted timely objections to the PSI.

22          In fact, prior to submitting the objections to the

23  PSI, I discussed informally -- as required by the local rules,

24  I discussed with Lakiesha Brantley some concerns that I had.

25  She indicated that she was going to study the objections that
```

```
1   I had presented to her and talk to the Prosecutors in the case

2   and get back with me.

3           I filed my objections and I filed my sentencing

4   memorandum.  I hope the Court has those in front of you, it

5   would be docket entry 178 and docket entry 185.

6           I never heard from anyone again, until I filed a

7   motion to impose sanctions, which was filed last Friday, since

8   I had not gotten any response from either the Government or

9   the probation officer.

10          And I would like to point out that the rules

11  specifically require for the parties to confer regarding

12  potential objections to the PSI, and for the probation officer

13  to make a decision on the objections seven days prior to the

14  sentencing hearing.  This is a mandatory.  It says, Shall be

15  made available.

16          Now, the sentencing memorandum that was filed, I

17  believe today, so it was filed Monday, had 36 pages, and it

18  indicated that there was going to be a reference to a

19  transcript to support the claim of obstruction of justice.

20          The transcript was apparently filed yesterday, it was

21  close to 400 pages.

22    (Brief interruption.)

23          MR. PEREZ:  I apologize, Your Honor.

24          So I filed yesterday, after I received the

25  transcript, a motion to strike the Government's position and
```

1   to indicate --

2          THE COURT:  Is the Government's position, Counsel,

3   different from that of the presentence report?

4          MR. PEREZ:  It is on one subject.  On the subject of

5   the -- the probation department just filed today an addendum,

6   it was filed this morning.

7          On the issue of obstructing justice, in which the

8   Government carries the burden, the probation department takes

9   no position because it relies upon the support that the

10  Government was supposed to be providing prior to the time that

11  the objections were resolved.

12         THE COURT:  Isn't the transcript a transcript of the

13  trial?

14         MR. PEREZ:  The transcript of the trial was not

15  provided until yesterday.  The Government never took the steps

16  to --

17         THE COURT:  What I'm saying, it is not like Mr. Hayes

18  plucked some testimony out of the ether and brought it to you.

19         You were Counsel of record, you were here during

20  Mr. Rojo's testimony, so anything that is in that transcript

21  are matters that you are aware of.

22         It is not like it is somebody else's testimony, it is

23  evidence from another trial, evidence that you wouldn't be

24  aware of, so it is no element of surprise or due process that

25  would prevent you from being unaware of the contents of what

Wednesday, November 6, 2013

1  the substance of the obstruction is, A.

2          And B, in the calculation of the guidelines, the

3  probation officer says why the obstruction is given, and it is

4  for the testimony at trial.  It wasn't -- it wasn't new

5  obstruction.

6          MR. PEREZ:  No, because I think that the probation

7  department takes no position on that issue.

8          The probation department basically, as you can see in

9  the addendum that was filed this morning, takes the position

10 that it behooves the Government to present specific evidence,

11 because this is not about my knowledge of what he testified

12 about; I have a good recollection of what he testified about.

13         This is knowledge about specific facts that are

14 alleged to be the basis for the obstruction of justice.  So

15 there is a difference between my knowledge of the transcript,

16 which I recognize, my knowledge of the testimony, and the

17 specific allegations that they rely upon, which aren't

18 entitled to dispute.

19         For instance, the spin on one particular fact could

20 be disputed and it would be up to the Court to make a finding

21 of fact, so it is -- this is not an inconsequential objection.

22         The reason we have local rules, just like we have

23 Rules of Civil Procedure and Rules of Criminal Procedure, is

24 so that they will be abided by.  They cannot be ignored,

25 anymore than if I failed to answer a complaint within 20 days,

Wednesday, November 6, 2013

```
 1   or as many days as is required, then they can say, Hey, I
 2   didn't do it.
 3           There has got to be some consequences that follow
 4   from the failure to abide for the -- with the local rules.
 5           THE COURT:  What is your next issue, Counsel?
 6           MR. PEREZ:  My next issue, I'm asking the Court to
 7   make a ruling on that.  If the Court denies my request, then
 8   we are ready to proceed.
 9           THE COURT:  Mr. Hayes, do you have a position about
10   the filing of your -- I guess it is your memorandum in aid of
11   sentence, I don't remember the exact title of it, as well as
12   Government's memorandum in aid of sentence that was filed on
13   the 4th, as well as the transcript entry?
14           MR. HAYES:  Briefly, Your Honor, the Government filed
15   its sentencing memorandum on the 4th.
16           Regarding the transcripts, first, probation's report
17   indicated there was an obstruction enhancement based on Jose
18   Rojo's testimony, which I believe the draft was disclosed in
19   August, the report was disclosed in September.
20           This hasn't been a secret, and the Government's goal
21   in providing the transcripts was really for the Court's
22   convenience, as much as anything, because the Government has
23   to prove specific instances.
24           And the Government frankly thought, as the Court has
25   noted, that Mr. Perez is the Counsel of record, he knows what
```

1 the testimony was, and he is able to get the transcripts

2 himself.  The Government was simply providing a transcript in

3 case the versions were different, in case the version was more

4 final, it had an index, so maybe Mr. Perez was working on

5 rough transcript, and it was done for the convenience of Court

6 and Counsel.

7          It is almost 400 pages of transcript, but the

8 selections that the Government picked as far as the

9 obstruction enhancement are distinct and short.

10          As far as the local rules, the Government had no

11 objections to the probation report.  The Government is, out of

12 fairness, seeking not to seek the special skills enhancement,

13 that's not a formal objection.  There were no objections to

14 the probation reports, so the Government was not violating any

15 local rule in that respect.

16          As far as the sentencing memorandum, Mr. Perez filed

17 two separate memorandums of 36 pages, total, that went over

18 some of the same issues.  His sentencing memorandum was filed

19 on October 14th, and by my count of local rules, ten days,

20 excluding weekends and three days for mailing, a due date

21 would have been October 31st.

22          This memorandum was admittedly late, for which the

23 Government apologizes, but none of these issues were anything

24 even close to a secret.  The objections that the Government

25 made and the objections that the probation office made mirror

1  each other and have been known for some time, so the

2  Government respectfully disagrees with any motion for

3  sanctions or striking the memorandum.

4          THE COURT:  All right.  As to the issue of the filing

5  of the transcript and the memorandum, I don't view these as

6  objections to the probation report.

7          These are merely the Government's aid to the Court in

8  terms of making a decision on Mr. Rojo's sentencing in regard

9  to this matter.  There are differences of opinion as to how

10 the guidelines are to be calculated in this matter.

11         The probation officer and the Government have taken

12 certain positions and Mr. Perez, you have taken certain

13 positions.  That's the reason why we have a sentencing hearing

14 and I will iron out those during the course of the next few

15 minutes.

16         So the motion to strike is denied, the motion to

17 continue the hearing is denied, and let's move forward.

18         Anything else?

19         MR. HAYES:  Nothing from the Government, Your Honor.

20 Ready to proceed.

21         THE COURT:  So I'm operating off of a total offense

22 level of 34, a criminal history category of one, and an

23 advisory guideline range of 120 months.

24         Now, the advisory guideline range of 120 months is

25 the statutory maximum.  If you were to read through the

```
 1  guidelines, as well as the calculation, if I understand,

 2  Mr. Hayes, it would be higher.  It is just that the

 3  statutory -- the statute of convictions maximum is 120 months,

 4  correct?

 5          MR. HAYES:  That's correct, Your Honor.

 6          Before we proceed, I think Your Honor already did

 7  this, but just for the record, because if not I'm going to

 8  have to report it, the motion for sanctions against the

 9  Government is denied?

10          THE COURT:  Motions for sanctions against the

11  Government is denied as well, if I did not state that for the

12  record.

13          MR. HAYES:  I think you may have, Your Honor.  It

14  might be my mistake.

15          As far as the guidelines, I'm going not on probation,

16  Your Honor, I'm going off the Government's calculation of the

17  offense level and it's actually 32, not 34.

18          THE COURT:  That's correct, you took out the special

19  skills.

20          MR. HAYES:  Out of fairness, Your Honor, we are not

21  making a formal objection.  We are not saying the facts don't

22  warrant it.  We are just saying that in this case, the

23  Government has never sought, beginning with Thomas Hamer and

24  moving forward with all of the clinical staff, and I'm talking

25  about the medical director, Dr. Kushner -- I'm slowing down
```

1  because I can see the court reporter shaking her head.

2          For Dr. Kushner, it was sought, but for all of the

3  clinical staff and therapists, such as the Defendant, Jose

4  Rojo, the Government has not sought a special skills

5  enhancement and to balance the equities and out of fairness,

6  the Government is respectfully requesting that one not be

7  applied here.

8          That said, the total offense level is 32, with a

9  criminal history of one.  The sentencing guidelines range is a

10  121 to 151 months, and as Your Honor has noted, the statutory

11  maximum here, which the Government is recommending, is 120

12  months.

13          THE COURT:  All right.  You may proceed, Mr. Perez.

14          MR. PEREZ:  Well, the first objection is to paragraph

15  37, which is the loss amount.

16          THE COURT:  And you contend that the loss should be

17  the actual loss admitted as opposed to the entire scheme loss,

18  correct?

19          MR. PEREZ:  What I contend is that in this particular

20  case, the amount that should be used would be the amount that

21  he actually received, because the Defendant did provide

22  services to the patients and he cannot be held accountable for

23  the entire amount that was submitted by this -- by Biscayne

24  Milieu, when, in fact, I think under the case law, the Court

25  is required to take into consideration -- and I'm referring to

1  *United States versus Medina*, 485 F.3d 1291, which is an 11th

2  Circuit opinion, the Court should not take for granted that

3  all of the services were not provided, or that all of the

4  services were tainted.

5      Now, the Government argues that, in fact, the Court

6  should surmise that Mr. Rojo did not do anything and that, in

7  fact, if he did anything, it was tainted because everyone who

8  was there committed a fraud.

9      And the Court heard the testimony of many people of

10  the individuals who testified for the Government who

11  indicated -- and specifically remember the testimony of

12  Mr. Jackson, who was the primary witness against Mr. Rojo.  He

13  indicated that many of these people did have a need for the

14  services and on many occasions, the services were provided.

15      To assume that Mr. Rojo, who is the tail end of this

16  conspiracy, is the one that provides the therapy.  He is not

17  the one who brings in the patients, he was not the one who

18  recruited the patients, he is not the one who indicated that

19  the patients were eligible for PHP.  To assume that he should

20  be held accountable for the full amount, when he, in fact, had

21  a more discreet participation and even more important than

22  that, services were provided, services were provided.

23      I remember there was even some testimony about the

24  Haitian patients, which Mr. Hayes is referring to, and whether

25  we like it or not, services were provided to those people.

1   Not all of them were there at the request of Mr. Jackson.

2   Many of them were there because they, in fact, needed the

3   services; and therefore, we should not just conclude, as

4   Mr. Hayes seems to conclude, that all of the services that he

5   provided were tainted because nobody there deserved to be

6   there in the first place.  There were many people there who,

7   in fact, benefited from the services provided by Mr. Rojo.

8           It is important that the Government in this case is

9   asking for this amount when, in fact, in other cases, they

10  have requested differing amounts -- that people be held

11  accountable for different amounts, less than the 49,000,000.

12  So that will be the basis for the my first objection.

13          I think that in my memorandum, I indicate that there

14  has got to be some proof that, in fact, all of these people

15  were not entitled to the services that were being provided.

16          I mean, whether we like it or not -- and there were

17  some instances in which Mr. Hayes is going to say that they

18  played a movie, or that he played a movie, or there were some

19  instances in which he says that, you know, he wasn't paying

20  attention, but the reality was that he worked there for three

21  years, and that patients were served; and therefore, this

22  amount is not the amount that should be considered.

23          The amount that should be considered is the actual

24  benefits that he received as a result of the salary that he

25  received while working for Biscayne Milieu.

Wednesday, November 6, 2013

```
 1              THE COURT:  Continue, please.

 2              MR. PEREZ:  That's all I have on that issue.

 3              THE COURT:  Mr. Hayes.

 4              MR. HAYES:  Your Honor, if I can address the Court

 5   from the podium, if that's all right.

 6              THE COURT:  You may.  Mr. Hayes, there is a lot of

 7   case law about this issue, particularly in Medicare fraud

 8   cases, on where we start drawing the loss amount, and because

 9   very often, there is this mix of legitimate versus

10   illegitimate patients.  I mean --

11              MR. HAYES:  Correct, Your Honor.

12              THE COURT:  -- where you have some patients who may

13   have actually received services, and some who did not.

14              MR. HAYES:  Correct.

15              THE COURT:  So how has the Court of Appeals directed

16   the District Courts to look at it for loss?

17              MR. HAYES:  Well, Your Honor, I would rest on the

18   legal authority cited in the Government's brief, and that the

19   Court of Appeals directs the Court to make a reasonable

20   estimate of the loss.

21              And you are right, in Medicare fraud cases, this

22   often comes down to a reasonable estimate of who was eligible,

23   who wasn't, and it is not an exact science.

24              However, as the Government has stated in its brief,

25   that issue, which I'm going to talk about in a moment, in some
```

1  sense is obviated by the fact that the Government's position

2  here, and what the Government respectfully thinks that all of

3  the evidence at trial showed, is that in a sense, that doesn't

4  matter, because whatever therapy was done here -- the

5  Government isn't saying that nothing happened at Biscayne

6  Milieu.

7         The Government isn't saying there weren't patients

8  sitting in a room for what ostensibly looked like group

9  therapy sessions.  The Government isn't saying that at times,

10 Mr. Rojo wasn't in a room providing what he terms as therapy

11 to patients.

12        What the Government is saying is none of that, none

13 of what was billed for was actual PHP therapy, as contained in

14 the LCD, which was Government's Exhibit 1D.  It is not

15 intensive, it is not individualized, in Mr. Rojo's case it is

16 often not four sessions a day of 45 minutes.

17        It is one-size-fits-all therapy, where substance

18 abusers are put in the same groups as Alzheimer's patients;

19 where Haitian patients, who don't need mental health therapy

20 at all, are put in rooms with people that do.  So whatever

21 happened at Biscayne Milieu, none of it was real PHP therapy.

22        I'm not saying that some of the therapists at

23 Biscayne Milieu didn't care about their patients, I'm not

24 saying that that didn't happen with some of the therapists.

25 There have been many therapists that came before the Court and

Wednesday, November 6, 2013

1  before Judge Scola in the companion case that said these very

2  things.

3          What I'm saying is that at Biscayne Milieu, real PHP

4  therapy was never provided; therefore, the eligibility of the

5  patients, as to whether or not they qualified, I'm going to

6  talk about it and it is an important issue in this case.

7          THE COURT:  So you are saying all of the PHP

8  submittals were all false.

9          MR. HAYES:  Correct, Your Honor.  In a sense, it is

10  one massive case of overbilling because whatever was done, it

11  is not PHP.

12          PHP is one of the more expensive, intensive mental

13  health treatments that exist that Medicare can be billed for

14  and Jose Rojo can be expected to have known this because he

15  was starting his own business, American Psychological.

16          He stated, even in trial, that he went to staff

17  meetings and consulted the manual as to what was PHP treatment

18  and what wasn't; what qualified a patient for PHP and what

19  didn't.

20          And as Mr. Jackson testified, he knew about the

21  manual that had been created by Dina Weiss because he took it

22  or something like it with him to start a business at American

23  Psychological.

24          So more than many, if not all of the other

25  therapists, he knew what real PHP was and what it wasn't and I

1  think that can give the Court some comfort in trying to

2  establish a loss amount in this case, as to what was false and

3  what was not.  The Government's position is that since none of

4  this was actual PHP therapy, that none of it was.

5       And I'm now going to turn, unless the Court has

6  further questions, to the question of eligibility.

7       THE COURT:  Go ahead, please, because I think it will

8  help to determine the issue that you are speaking on now.

9       MR. HAYES:  I agree, Your Honor.

10       And first of all, I'm just going to start with one of

11  the key pieces of Government evidence, it's on the Elmo now.

12       I hope the Court can see, this is Government's

13  Exhibit 38 that was presented and referred to frequently at

14  trial, a March 4th, 2009 memo.

15       It's a proposal from the therapists, including

16  Mr. Rojo, and I know Your Honor heard a lot of testimony about

17  this, I'm just going to go to the last sentence of the first

18  paragraph, on the second page, and I'll read it now.

19       "On behalf of all of the therapists who signed this

20  memo, most" -- not some, not 50 percent -- "most of our

21  patients are low functioning at the time of admission and do

22  not have the cognitive ability to provide the needed

23  information."

24       That's intake for PHP services and it is signed by

25  all of the therapists that chose to sign this memo, including

1  Jose Rojo, and the Government's contention throughout the

2  trial and now is that this piece of evidence, more than

3  anything else, shows the Defendant's state of knowledge about

4  the kinds of patients that were coming into Biscayne Milieu.

5      It is most.  As the Government argues, it is the vast

6  majority.  The Government is not arguing here today and has

7  never argued that there wasn't a single person at Biscayne

8  Milieu that did not qualify for PHP therapy.

9      The Government has always conceded, under the

10 rationale that even a blind squirrel can find a nut sometimes,

11 that there were patients that qualified for PHP therapy at

12 Biscayne Milieu, there would have had to have been.  But the

13 vast majority of them, even in the therapists' at Biscayne

14 Milieu's own words, did not and for that reason, they were

15 asking for more money and increased compensation, which they,

16 in fact, did not get.

17     And Your Honor, I'm not going to go through all of

18 the categories.  I gave a lot of detail in the Government's

19 submission, but what we have got here are, first, the Haitian

20 patients, Haitian/Creole speaking patients.  And in a sense,

21 this was the most obvious category of patients that did not

22 belong at Biscayne Milieu.

23     And the evidence that the Defendant presented at

24 trial to justify to the jury that he provided real PHP

25 therapy, Defendant's Exhibit 47, was a tape of a Haitian

Wednesday, November 6, 2013

1  session, translated by the clinic's cook; a session that he

2  left not once, but twice; a session in which he put on the

3  board, Do I love you because you're beautiful, or are you

4  beautiful because I love you.

5       The Government would submit that this one session

6  proves both of the Government points that I have just been

7  talking about.  First of all, that's not real PHP therapy; it

8  is a discussion group.  Whatever it is, it is not PHP therapy,

9  it is not PHP therapy of the type that can be billed to

10  Medicare.

11       Second, the patients in that group, as the Government

12  showed again and again and again, were there for immigration

13  benefits and waivers.  They weren't there for mental health

14  therapy and they wanted a therapist, as the Government showed

15  through all of its witnesses, who didn't try to provide them

16  real mental health therapy.

17       Lucia Ochoa testified that while patients would

18  sometimes complain about therapists trying to do real therapy

19  with them, and she used the example of Joan Kalfus, they never

20  complained about the Defendant, Jose Rojo, because he wasn't

21  doing that with them.

22       He was exactly what they wanted, he was exactly what

23  Biscayne Milieu wanted.  He let it be a social club.  He

24  played them movies; as Ms. Charles, who was there with him as

25  a translator at a vast majority of his sessions, said, he

1  played them Jesifra, a Haitian, Creole speaking comedian.  So

2  this was essentially adult daycare, a social club.  This was

3  the most obvious example of patients who absolutely didn't

4  qualify for PHP in any way, told people at Biscayne Milieu,

5  including the Government's witnesses and the Defendant, they

6  were only there for immigration benefits and didn't need or

7  want mental health therapy, and that this was not just office

8  chatter, this was a known fact.

9         The second group of patients, Your Honor, and it is

10 the vast majority of Biscayne Milieu's patients, are the

11 substance abuse patients.

12        The Government provided example after example,

13 through its witnesses, of people that had substance abuse

14 problems and the Government conceded, mental health diagnoses,

15 and the Government isn't arguing that mental health problems

16 and substance abuse problems don't go together; they often do.

17        The Government's argument always was that if you are

18 a persistent substance abuser, you don't qualify for PHP.  You

19 have to get sober, you have to evidence an ability to benefit

20 from the therapy, such as you are not coming off a recent

21 binge or actively using drugs, and the Government presented

22 numerous examples of people that came high or drunk to

23 sessions, of even therapists that conducted sessions while

24 high.

25        This was something that was office chatter.  This was

1   something that, in staff meetings, was deliberately minimized

2   when a consultant, Ms. Weiss, instructed all of the therapists

3   to downplay and minimize substance abuse problems in all of

4   the documents at Biscayne Milieu.

5          And this is a particularly insidious form of fraud by

6   Biscayne Milieu and the Defendants because these were people

7   that needed help; they needed to get sober.

8          The Government is not arguing that they aren't better

9   off in a room talking about whatever they are talking about,

10  rather than on the street.  That's not the issue.  They are

11  set up for failure, they needed to be in a drug rehab; they

12  weren't.

13         This is not a 90 day program, this is not 30 meetings

14  in 30 days.  This isn't AA, this isn't NA.  And Jose Rojo knew

15  all of this, based on his experience as a therapist, and also

16  knew that such patients were being brought there -- and this

17  is true for the Haitian patients as well, by patient brokers

18  and recruiters who were getting kickbacks.

19         No, Jose Rojo did not participate in their

20  recruitment and no, Jose Rojo never was given any kickbacks,

21  but he knew about them.  Jackson told him about them,

22  Ms. Charles told him about this.  You have got to know if

23  patients are there through kickbacks and recruiters, that

24  maybe most of them don't belong there.

25         These patients, because they needed to be in a drug

1  rehab, were in danger of relapsing.  Many did and when they

2  did, they were cynically discharged, left out for a time, and

3  then readmitted.  And if you relapse and you are an addict,

4  you can die.

5       These people's lives were actually being put in

6  danger.  You go on the street to cop, something happens, you

7  have been off heroin, you take too much, you overdose, you get

8  arrested, you go to jail.  The consequences are severe.

9       And this is something that wasn't office chatter and

10  this wasn't something that required expert testimony.  This

11  was blatant, obvious and egregious fraud.

12       Lastly, the Alzheimer's and elderly patients, who,

13  when they came into intake, didn't know why they were there,

14  who they were, or what building they were in, that's severe

15  dementia.

16       Any arguments by the Defense that somehow early

17  dementia is fine, later dementia is not, are driven away by

18  the fact that many of these patients simply didn't know who

19  they were.  They were all brought there by the same recruiter

20  mostly, James Edwards, and that everyone at Biscayne Milieu

21  knew this.

22       And these patients don't belong in a place where

23  there are an awful lot of recovering addicts or actively using

24  addicts walking around.  They don't belong in rooms with them;

25  they can fall, get hurt, they don't know where they are, they

Wednesday, November 6, 2013

1   are helpless.

2          So the Government's position is that Jose Rojo, by

3   providing sham therapy that wasn't real PHP therapy, helped

4   Biscayne Milieu exploit the most vulnerable members of our

5   society, and also helped conceal this fraud through producing

6   scores of false documents, either himself or through his

7   brother, Yandy.

8          And that comes to the last point of the Government,

9   Your Honor.  Because of the fake documentation, the cutting

10  and pasting, the numerous examples that the Government

11  presented, that's yet another reason that Jose Rojo knew or it

12  was foreseeable to him to know that real PHP therapy wasn't

13  being provided, because a real PHP doesn't do that.

14         As Mr. Quindoza explained, the documentation is one

15  of the most important parts of a PHP because you have to

16  monitor patient progress, you have got to monitor the fact

17  that they are getting better.

18         The treatment plans are supposed to be individualized

19  for each patient; Mr. Rojo's weren't.  John Jackson testified

20  that he gave him a thumb drive containing treatment plans that

21  he could cut and paste and use in the future, and that

22  Mr. Rojo did this so well, that he was actually putting

23  Biscayne Milieu in danger of getting caught and someone came

24  and talked to Mr. Jackson and said, His treatment plans are

25  too much alike, they are too cut and pasted.

Wednesday, November 6, 2013

1           So Mr. Rojo was faking group notes himself, faking

2   treatment plans himself.  His handwriting is all over the

3   treatment plans.  This isn't something that is just created in

4   the computer and could have been changed by someone else,

5   which was the Defendant's basic defense at trial, and because

6   of this documentation, he knew.

7           So the issue, Your Honor, which the Government

8   believes has been decided and proven beyond a reasonable

9   doubt, both at trial and now, is whether Jose Rojo knew or

10  could be said to have expected to know about the fraud at

11  Biscayne Milieu.

12          The Government respectfully submits that the standard

13  is only a preponderance, but it has resoundingly proved it

14  beyond a reasonable doubt, that he did know that Biscayne

15  Milieu was permeated with fraud; and therefore, is liable for

16  the entire amount billed while he was employed at the clinic.

17          Unless the Court has any questions --

18          THE COURT:  Do you know, Mr. Hayes, what -- or can

19  the Government calculate what the amount is that Mr. Rojo

20  personally billed based upon his notes, is that possible?

21          MR. HAYES:  Do you mean, Your Honor, could we

22  calculate, based on the patients that appear on notes that are

23  attributable to him because his signature appears on the

24  bottom?

25          THE COURT:  Yeah.

Wednesday, November 6, 2013

1          MR. HAYES:  First of all, Your Honor, I would say we

2    also want to add into that the treatment plans for patients,

3    so it wouldn't just be the notes, it would also be the

4    treatment plans, and we only presented Exhibits 67A through K

5    and 66, but there are scores more, so I'm not yet answering

6    the questions as to whether or not we can do that.

7          THE COURT:  So you are saying that even if I would

8    want to limit the amount of accountability from the entire

9    scheme, that one of the things I do need to look at is not

10   just the people he personally saw, but because he is also

11   responsible for establishing the treatment plans of other

12   individuals that other people saw, that I should include that

13   as well.

14         MR. HAYES:  Correct, Your Honor.  Also, as a

15   practical matter, Mr. Rojo was at the clinic for a matter of

16   years, I think close to four years.

17         What that means is, if the Government did do that,

18   and I'm not saying we would differentiate on every single

19   patient, but because of the treatment plans and the notes and

20   the fact, as even the Defense argued, he was paid the most

21   money because he was there the most, I can represent to the

22   Court, Your Honor, by a preponderance, he saw all of the

23   patients.  And I am very satisfied that if we did do the

24   enumeration that the Court is now asking for, virtually all of

25   the patients on the billing would somehow be connected to

1  Mr. Rojo, either in a therapy note attributable to him, or the

2  master treatment plans.

3          THE COURT:  But to the tune of $49,000,000?

4          MR. HAYES:  That is what was billed to Medicare

5  during the period he worked there.

6          THE COURT:  But we also know of the other people,

7  Ms. Kalfus, Miss Whatever.

8          MR. HAYES:  Correct.

9          THE COURT:  Of course, I have to look at them very

10  differently from their cooperation.  I don't know if we did

11  that, I don't have it off the top of my head.  Maybe probation

12  can help me with what their restitution amounts were, if any.

13          MR. HAYES:  The same, Your Honor.

14          THE COURT:  49,000,000?

15          MR. HAYES:  No.  The restitution, you are asking a

16  different question.

17          For Mr. Rojo, the Government has asked for

18  restitution in the amount of 11,000,000 because that is what

19  is payed, based on the submissions.

20          And I believe, and I'm sure probation will correct me

21  if I'm wrong, for two out of the three other defendants in the

22  this case, they got the same restitution amount, which means

23  they were held subject to the same billable amount.

24          THE COURT:  What I wanted to know is if in the

25  schemes of other therapists, did we hold them accountable, in

Wednesday, November 6, 2013

1  the amount of loss, for 49,000,00 for Ms. Kalfus and the other

2  therapist, whose name escapes me right now?

3          MR. HAYES:  We did for Ms. Kalfus and Ms. Ochoa.  I

4  think for Ms. Perez-Valledor, because her restitution number

5  is lower, probably based on when she started and how long she

6  worked at the clinic, we did not.

7          THE COURT:  So for their accountability, we kept them

8  at 49,000,000 as well?

9          MR. HAYES:  Correct, Your Honor.  And Your Honor, I

10  would be -- that is also true in the companion case for

11  therapists, the Macli case.

12          THE COURT:  That was the one in front of Judge Scola?

13          MR. HAYES:  Correct, Your Honor.  And I'm sure --

14  I'll just say it now -- that is not true for every defendant

15  in the Macli case.  The owners and operators of the clinic

16  were held to a different amount because they saw the money

17  that was coming back in terms of an amount paid.

18          THE COURT:  Well, I happen to have --

19          MS. RODRIGUEZ:  And, Your Honor, Ms. Tonya

20  Perez-Valledor's loss amount was based on the amount of time

21  that she worked at Biscayne Milieu, the loss amount.

22          THE COURT:  She was the least senior.

23          MS. RODRIGUEZ:  Yes, yes.  She had only -- I think

24  she only worked there for a couple of years.

25          And as far as Lucia Ochoa and Joan Kalfus, since they

1   worked there for the entirety of the time of the conspiracy,

2   their loss amounts were $49,000,000.

3          What we did with Mr. Rojo is we looked at the

4   billings based on the amount of time that he was at Biscayne

5   Milieu.  So for the amount of time he was there, the center

6   billed Medicare $49,000,000.

7          THE COURT:  Was that the same calculation we used in

8   Kalfus and Ochoa?

9          MR. HAYES:  Kalfus and Ochoa, yes, the same method of

10  calculation for all four.

11         THE COURT:  And Ms. Perez was less because she came

12  later to the conspiracy.

13         MS. RODRIGUEZ:  Correct, Your Honor.

14         MR. HAYES:  And Your Honor, even then, legally what

15  we have done is when they started at the clinic to when they

16  left.

17         Now, respectfully, the law could -- what could be

18  applied is when they started at the clinic to the end of the

19  conspiracy because that's what is reasonably foreseeable.  The

20  Government has not done that.

21         The Government has held them accountable, as far as

22  loss amount they are responsible for, from when they got there

23  to when they left.

24         THE COURT:  All right.

25         Your next issue, Mr. Perez.

Wednesday, November 6, 2013

1           MR. PEREZ:  Before we move on, and after listening to

2    Mr. Hayes, I now realize why the jury had such a difficult

3    time deciding this case, but I did want to mention that the --

4    Mr. Hayes mentioned the specific exhibit, 38, which was a

5    central feature of the case.

6           And then, following the outcome of the case, I went

7    back over the records that had been produced by the

8    Government.

9           If you recall, over the weekend, I was able to access

10   all of the -- there were over 200 boxes and I did notice that

11   the following memorandum, which was in the possession of the

12   Government, which I'm going to ask that it be marked, was

13   never produced in the trial, and may explain why this

14   March 9th, 2009 memorandum was submitted by the therapists.

15          This memorandum was submitted on March 6th, 2009.

16   The reason why this is relevant as to the intent of the

17   therapists is that the ones who bring up the issue of the

18   payment --

19          THE COURT:  Microphone, please.

20          MR. PEREZ:  The ones who bring up the issue about the

21   payment to begin with was management.  It was not at the

22   behest of the therapists that they created this memo in order

23   to demand more money.

24          Now, unfortunately, I was unable to present this

25   memorandum dated March 6th, because I only was able to find it

1   after the fact.  But whenever the Government now indicates --

2   and I would like to make this part of the record -- that the

3   one, which is referred to as 38, is so relevant in order to

4   show the intent and the state of the mind of the therapists,

5   we have to bear in mind that their intent, their state of mind

6   was affected by the prior memo submitted by management at

7   Biscayne Milieu, in which they were discussing matters which

8   were perfectly normal for the therapists to be aware of.

9           Now, the -- if the Government has any question about

10  the authenticity of that and how we were able to obtain that,

11  and how we know that was in their possession, I will be more

12  than glad to answer those questions, but there is no question

13  that that March 6th memo was what generated the March 9th

14  reply by the therapists.

15          Now, Mr. Hayes seems to kind of suggest, as he

16  suggested during his closing arguments, that somehow

17  everything that Mr. Rojo did was wrong; that he didn't work;

18  that was not providing the services; that the people were not

19  eligible.  And now he's saying that somehow --

20          THE COURT:  I don't think he has to say that; I think

21  the jury verdict said it.  I think the jury found your client

22  guilty of the fraud in this case.

23          MR. PEREZ:  I know, but not of the entire amount.  I

24  mean, that's the issue now, not the -- what the jury found,

25  and the jury acquitted him of the bulk of the counts.  The

1  jury acquitted him of four counts and only convicted him in

2  the conspiracy, after they advised the Court that they were

3  deadlocked and the Court gave them an Allen charge.  So this

4  was not kind of an overwhelming message by the jury concerning

5  the status of the evidence.

6            Now, going back to the actual amount --

7            THE COURT:  So somehow, because there was an Allen

8  charge in this case, it somehow diminishes the guilty verdict?

9            MR. PEREZ:  No.  What I'm suggesting is that now, for

10 purposes of the -- of the amount -- I mean, what is the proof

11 that he did not provide these services and that all of the

12 services he provided were tainted; and therefore, he should be

13 held accountable for everything that went wrong and for all

14 the billing that was done at Biscayne Milieu?

15           Didn't he -- I mean, was he the one who brought in

16 the patients?  Was he the one who determined that the patients

17 were eligible for the services?  Did he -- during the three or

18 four years that he was there, did he simply not provide

19 services that were consistent with PHP?

20           You heard from Mr. Jackson.  Mr. Jackson was the star

21 witness, and he said that the services were being provided to

22 people because if those services were not being provided to

23 those people, they would be out on the streets or they would

24 be in jail, and I'm quoting verbatim what Mr. Jackson said.

25           And now to suggest that somehow everything that was

Wednesday, November 6, 2013

1   done was inappropriate and he should be held accountable for

2   the entire loss, when, in fact, he was not the principal in

3   this conspiracy, he was at the tail end.

4           Everyone else, all of the therapists --

5           THE COURT:  How does this scheme work, Mr. Perez,

6   without the therapists?

7           MR. PEREZ:  The scheme works --

8           THE COURT:  I guess what I'm saying, in sort of a

9   rhetorical way, is that without people like your client, these

10  schemes don't work.  You have to have people who sign off, you

11  have to have people who create the therapy notes, you have to

12  have people who hold the sessions for the people who aren't

13  qualified, that's what has to happen.

14          MR. PEREZ:  I don't dispute that.  But right now, we

15  are not --

16          THE COURT:  That's why they call it a fraud.

17          MR. PEREZ:  We are dealing now with the amount that

18  should be attributed to Mr. Rojo and what the Government is

19  suggesting is that he should be held accountable for every

20  single dime that was billed by Biscayne Milieu.

21          THE COURT:  In terms of relevant conduct.

22          MR. PEREZ:  Yeah, but under the theory that the

23  patients never received any services or if they received any

24  services and were not eligible for PHP, there were a number of

25  different theories that somehow -- what about when he went to

Wednesday, November 6, 2013

1  work and when he provided the therapy, are we going to

2  discount that?  Are we going to suggest that he will go there

3  and he will not treat the patients?

4         That's not what Mr. Jackson said.  Mr. Jackson said

5  the work was being done.  And frankly, when you look at the

6  conspiracy, there are different levels in the conspiracy,

7  which is one of the ways that I will address the next issue.

8         If you are going to hold him accountable for the

9  entire amount, then within the overall amount, he played a far

10  more minor role in relation to the overall amount.

11         And just like the other therapists, in their plea

12  agreements, got minor roles.  Everyone that you sentenced here

13  got minor roles, and it was --

14         THE COURT:  Hello, they pled guilty.

15         MR. PEREZ:  I understand.  But the role has nothing

16  to do with guilt or innocence.  The role remains independent

17  of the issue of whether they pled guilty or not.

18         Whether, in fact, the other people got a break

19  because they pled guilty is fine, it is a fine argument, but

20  you don't make a distinction on the issue of role, which is a

21  legal issue, based upon whether they pled guilty or not.

22  That's a big difference.

23         You can be found guilty by a jury and still, you look

24  at the role played by other the individuals in order to

25  determine whether the therapists played a minor role in the

1   significant conspiracy.

2        As to other issues, which I'm glad the Court is

3   bringing to the attention, when you are talking about the

4   overall amounts that people were being held accountable, every

5   therapist in this case received special consideration from

6   Judge Scola and from this Court in that you varied from the

7   guidelines.

8        The guidelines were much higher and the Government

9   specifically agreed that as it pertains to the therapists,

10  that they played a minor role, and they mentioned that.

11       Now, the fact he went to trial, that's fine.  That's

12  the reason why he doesn't get acceptance of responsibility,

13  and that's why the Government is now asking for a two-level

14  enhancement for obstruction of justice.

15       Somehow, I guess, there is a significant punishment

16  that follows from the right to go to trial, if I may say, but

17  that doesn't necessarily mean that you can obviate that his

18  role was different and may be minor in relation to everyone

19  else in the conspiracy.

20       And obviously, as I will discuss later on, as it

21  pertains to the sentences that were imposed, I will argue that

22  the Court needs to take that into account.

23       The Government has basically re-argued what they

24  argued in the closing argument; that somehow every patient was

25  tainted and that the services were not provided, but they

Wednesday, November 6, 2013

1  haven't really come up with anything specific because the

2  witnesses who testified at trial did not say that.

3          The witnesses that testified at trial said the

4  services were provided to people who needed the services and

5  people did improve, or have we forgotten about some of the --

6  even the July 4th event, when there was one person that

7  specifically claimed -- I forgot her name, but specifically

8  claimed that she had benefited from the PHP, although

9  afterwords, she relapsed.

10          But now we are looking at everything in a vacuum and

11  we are saying, Well, Mr. Rojo is responsible for all of this.

12  It is a little bit like -- for three years, he was working

13  there.  Are we suggesting that he committed the fraud for

14  three years, are we suggesting that nobody benefited from PHP,

15  are we suggesting that he wasn't there?

16          Are we suggesting that all of these people were

17  malingering, when, in fact, they had been found eligible to

18  receive benefits by the Social Security Administration, the

19  same Social Security Administration that is part of the

20  Federal Government?

21          I think that that factor needs to be taken into

22  account when you determine the -- what the relevant conduct is

23  and the amount that Mr. Rojo is responsible.

24          And just a final point, because I want to make sure,

25  the Court's argument that he should be accountable for what he

1   did may be on point, but only for the patients for which he

2   billed, and not for the entire amount.  And I think that there

3   is a way that we can determine the amount of money that he

4   billed.

5         I remember that during the course of the trial, we

6   presented evidence as to the amount -- the number of therapy

7   notes that he submitted.  And based upon that, we can

8   extrapolate the amount of billing that was done as a result of

9   the therapy that he performed.  So that would be my argument

10  on the question of relevant conduct.

11        And, in fact, even the owners of the clinic,

12  afterwards, they were not held to such a high accountable

13  amount.  They were held to a lesser amount, even though they

14  were the ones who were running the operation.  I think that

15  they were only held accountable for this amount, minus

16  20 percent because, as Mr. Hayes said, they knew that the

17  amount that they received was not the full amount, the

18  49,000,000.

19        THE COURT:  Your next argument, please, sir.

20        MR. PEREZ:  The next argument has to do with the

21  minor role.  If you are going to find that this Defendant,

22  indeed, was responsible for the full amount, consistent with

23  the therapists in the case, there is no distinction -- logical

24  distinction between his role and the role of other individuals

25  who were similarly situated.

Wednesday, November 6, 2013

1          And to suggest that just because he went to trial, he

2    should be divested of his status as being a therapist; and

3    therefore, he shall be punished for that, that is a legal

4    issue.  That is not a question that goes to his decision,

5    whether it was wise or unwise, to go to trial.

6          THE COURT:  All right.  First of all, let me go the

7    issue of the accountability for the fraud.

8          When I look at what has occurred legally, on these

9    issues of Medicare fraud, the Courts have stated and asked the

10   District Courts, in sentencing, to make a reasonable

11   assessment of what has occurred.

12         Do I think that there might have been some beneficial

13   therapy going on at Biscayne Milieu; the answer is yes.  But

14   Biscayne Milieu, the scheme was so fraught with fraud and how

15   the individual patients were brought in and recruited and the

16   fraudulent therapy notes, and it would be very difficult for

17   this Court to look at the minute number of beneficial and

18   accurate patients in order to make a determination as to who

19   they were.

20         Because the evidence presented during the course of

21   this trial, as well as the evidence presented during the

22   course of the other sentencings in this case, and the

23   documents presented, show that for the most part, Biscayne

24   Milieu was a fraud, and the relevant amount is the entire

25   scheme.

1          And I'm leaving that amount in, and I'm making the

2     restitution amount, as it has been for everyone except for one

3     therapist, to be $11,000,000.

4          So you can move to your next argument after that,

5     sir, if there are anymore.  Your 3553 factors --

6          MR. PEREZ:  You have to make a ruling on the minor

7     role, because if you find that he is accountable --

8          THE COURT:  I don't find that your client was a minor

9     role in this case, and it has nothing to do with whether or

10    not he pled guilty.

11         And I think you are correct in cautioning the Court

12    and making sure, and that's not the reason that I'm making the

13    determination, is whether or not he went to trial.

14         Your client assisted the other therapists in being

15    able to do what they did, in showing how to falsify the notes

16    and helping them create the false notes, in going through

17    other clinics and continuing the fraud.

18         So it was not a minor role for him; and therefore, I

19    will not give him a minor role in this calculation.

20         MR. PEREZ:  Fair enough.

21         THE COURT:  And not because -- not because of the not

22    pleading guilty.  It is because of the behavior, based upon

23    the testimony in this case, that it was not minor.  He was not

24    a minor role in this fraud.

25         MR. PEREZ:  Okay.  Mr. Villanueva is going to make

Wednesday, November 6, 2013

1    some of the other arguments, Your Honor.

2              THE COURT:  Mr. Villanueva, please.

3              MR. VILLANUEVA:  Good morning, Your Honor.

4              THE COURT:  Good morning, sir.

5              MR. VILLANUEVA:  With respect to -- the Government

6    was saying earlier how they could help the Court determine the

7    total amount.

8              I understand that you already found on the issue, but

9    nevertheless, I wanted to raise it one more time.  My

10   understanding is that perhaps they are going to be relying on

11   the information provided by Agent McGinty.

12             Agent McGinty, you will recall, was the agent who had

13   put together a rather comprehensive spreadsheet containing all

14   of the notes that the Government contends were evidence of the

15   fraudulent notes that were prepared during the course of this

16   particular conspiracy.

17             The four substantive counts, of which Mr. Rojo was

18   acquitted, dealt with those notes.  It is apparent from the

19   jury's verdict that they did not believe the evidence

20   presented by the Government.

21             In other words, they did not believe that the

22   information contained in that spreadsheet, which is supposed

23   to reflect the existence of these allegedly fraudulent notes,

24   were, in fact, fraudulent notes.

25             And I know that at one point, there was a random

1  number that was thrown out of something like 25,000 notes that

2  would support the notes prepared by Rojo.  As I stated briefly

3  a few seconds ago, they did not find that.

4        Also, the Government continues to harp on the issue

5  that there was somehow -- you know, ultimately, the jury found

6  that there was a conspiracy.

7        The evidence, I believe, is somewhat slight in the

8  sense that the only link in the chain of evidence that they

9  were able to establish was somehow Yandy Perez.  Yandy

10  Perez's, brother of Jose, link in the alleged conspiracy was

11  merely that he was going to be a transcriber.  Jose Rojo

12  testified that he was a transcriber.  He never made any money

13  from the transactions, it was just an opportunity for his

14  brother, Yandy, to make additional money at Biscayne Milieu.

15        He was making money at Biscayne Milieu first by

16  serving as a driver for Lucia Ochoa, if you will recall her

17  testimony that he would shuttle her daughter back and forth

18  from school to the clinic.

19        Also, as Mr. Perez mentioned before, the entire issue

20  of disparity among the various therapists as co-defendants in

21  this case, obviously, they did take a plea, they accepted

22  responsibility for whatever actions or activities the

23  Government alleged against them; but nevertheless, they were

24  sentenced to five years probation.

25        I believe that in the spirit of things, and being

1  that Mr. Rojo was adamant about his innocence in this case,

2  and still continues to profess it, I believe that in the long

3  run, that sentence imposed on these other individuals, his

4  co-defendants, should, in fact, be the same sentence that the

5  Court should impose on Mr. Rojo, and that would be five years

6  probation.

7         Thank you, Your Honor.

8         THE COURT:  Mr. Hayes, anything before the Court

9  proceeds to sentencing, and I hear from Mr. Rojo?

10        MR. HAYES:  Briefly, Your Honor, a sophisticated

11  scheme, I don't know that that enhancement has been ruled on

12  yet.

13        THE COURT:  Was that included in the report, I don't

14  recall?

15        PROBATION OFFICER:  Sophisticated means, Your Honor,

16  yes, it is a two-level enhancement.

17        THE COURT:  But I thought that that was one that we

18  had ruled on because you had not used it in other --

19        MR. HAYES:  No.  That was abuse of a special skill.

20        THE COURT:  I'm sorry.

21        MR. HAYES:  So perhaps the Defense wants to address

22  it, but we haven't yet heard anything about the sophisticated

23  means enhancement.

24        THE COURT:  I was confusing two paragraphs, I

25  apologize.  Sophisticated means is the two-level increase at

1  paragraph 38 of the presentence report.

2          MR. HAYES:  Correct, Your Honor.

3          THE COURT:  Mr. Perez, are you objecting to the

4  sophisticated means at paragraph two?

5          MR. PEREZ:  Yes.  I think that we put our evidence

6  and the submission indicated the reason why.

7          THE COURT:  I'm sorry, Mr. Perez?

8          MR. PEREZ:  We submitted the memorandum, which I hope

9  indicates our position we've got in this matter.  We stand on

10 the written pleading.

11         THE COURT:  All right.  Sophisticated means at

12 paragraph 38 will remain.

13         Anything else?

14         MR. HAYES:  So that enhancement will be applied, Your

15 Honor?

16         THE COURT:  Yes.

17         MR. HAYES:  Okay.  From the --

18         THE COURT:  Right now, I'm standing at the offense

19 level being 32 and the criminal history category is one.

20         MR. HAYES:  And Your Honor, when you say anything

21 else, are you asking for the Government's recommendation or

22 anything else to do with the enhancements?

23         THE COURT:  Anything else to do with the

24 enhancements, and then your recommendations before I hear from

25 Mr. Rojo and his right to elocute prior to sentencing.

Wednesday, November 6, 2013

1          MR. HAYES:  Thank you, Your Honor.

2          Your Honor, as far as our recommendation, I'll rest

3    on our papers and I'll rest on the Government's submission

4    determining the acquittal of Mr. Rojo on some of the

5    substantive counts -- all of the substantive counts for the

6    reason that the Government stated in its memorandum.

7          The Government -- and also for the obstruction

8    enhancement, which I don't know that the Court has ruled on

9    yet, so we still have the obstruction enhancement.

10          One of the issues there is Mr. Rojo testified that

11    real therapy was provided, four different therapy sessions, on

12    July 4th, 2009.  Irrespective of the acquittal, the

13    Government's position is that it was shown, by a preponderance

14    of the evidence, that that wasn't true.  All of the

15    Government's witnesses testified that there was no therapy

16    provided on that day.

17          If the Court wants me to go through the other

18    examples of what the Government contends is perjury, I --

19          THE COURT:  The so-called real therapy day is the

20    party day, correct?

21          MR. HAYES:  Correct, Your Honor.  And the Government

22    took the witness through Composite Exhibit 12 and other

23    photographs, saying identify therapy in this picture, this

24    picture, this picture.

25          The Government submits the Defendant perjured himself

1   again when he said, We could take pictures of patients, but we

2   don't take pictures of therapy because that's what the

3   clinical director said."

4           This is even though that the Defense had presented a

5   tape of the graduation ceremony of a patient, DeeDee Williams,

6   where Ms. Williams said, I'm glad they helped me because now

7   I'm not eating cake and drinking sugary sodas anymore, and

8   things to that effect, and I benefited from that, which the

9   Government concedes is a benefit.

10          But to say that, We couldn't take pictures of

11  therapy, but we could film the graduation ceremony; we

12  couldn't take pictures of therapy, but I did tape one of my

13  sessions, which I played to the Court, this is just another

14  example of the Defendant being caught in a lie on the stand,

15  and when he was being crossed by Ms. Rodriguez, trying to lie

16  his way out of it, and coming up with excuse after excuse.

17          He even went so far as to say that because of HIPAA

18  concerns, he couldn't put what a patient actually said during

19  a therapy session into the notes; and therefore, came up with

20  canned quotes, which the Government submits is yet another

21  example of perjury.

22          Now, for all of the perjurous testimony that the

23  Government contends, I'll rest on our papers and the

24  transcript cites.  I'm not going to belabor the point, unless

25  the Court has any questions about the obstruction enhancement.

Wednesday, November 6, 2013

1        What I'm asking is, does the Court want to make a

2   ruling or hear anything more about the obstruction

3   enhancement, before I get to the Government's recommendation?

4        THE COURT:  No, I don't necessarily, Mr. Hayes.  I

5   was in this trial, I mean, I heard the Defendant's testimony.

6        It would require me, and maybe I can, if I thought

7   the evidence was so overwhelming, to discount all of the other

8   evidence about that particular day.

9        I would have to discount the photographic evidence, I

10  would have to discount the video evidence, I would have to

11  discount the testimonial evidence of the other individuals

12  present that day, who all gave a totally contrary version of

13  events to Mr. Rojo's.

14        He is the only person, of all of the other people who

15  testified, that said actual therapy occurred on that day.  And

16  I'm not prepared to do that, based upon the evidence that --

17  the physical evidence, through the video and the photographs,

18  and the actual testimonial evidence of the other individuals

19  who were present.

20        MR. HAYES:  Thank you, Your Honor.  Just so the

21  record is clear, the Court is required to make as

22  particularized findings as possible.

23        The Government is also saying that Mr. Rojo's

24  testimony that he did not arrange for Yandy Perez to write

25  phony group therapy notes for Lucia Ochoa or Joan Kalfus was

Wednesday, November 6, 2013

1   false.  His testimony that Mr. Perez did not write fake notes

2   for Mr. Rojo himself was also false; that Mr. Rojo did not cut

3   and paste and create bogus group therapy notes himself was

4   false.

5         THE COURT:  We know about the cut and pasting because

6   of -- thanks to the modern technology, we were able to see the

7   comparison between the various notes that are all so -- not

8   just similar, the exact language, and how they appear in the

9   other notes.

10        MR. HAYES:  Correct, Your Honor.

11        THE COURT:  I would have to discount the testimony of

12  the other testifying therapists, who said they were told Yandy

13  Perez will help them, Yandy Perez will write notes for them,

14  Yandy Perez had access to their computers.

15        Once again, I would have to ignore all of the other

16  testimony to agree that Mr. Rojo testified truthfully.

17        MR. HAYES:  Correct, Your Honor.  And so also you

18  would have to ignore all of the testimony about cut and pasted

19  treatment plans.

20        The Government states that Mr. Rojo lied when he said

21  he did not do the treatment plans himself or cut and paste

22  them.

23        THE COURT:  It is not just testimony for the cut and

24  paste.  Like I said, I saw, through the technology, the

25  Government comparing various treatment plans, where you can

Wednesday, November 6, 2013

1   see the progeny of the cut and paste treatment plans.

2        MS. RODRIGUEZ:  And finally, Your Honor, the Aricept

3   and Namenda question, the Government's contention is that

4   someone who had a medical degree from Cuba and practiced

5   medicine in Cuba, who had a masters degree in psychology and

6   was a trained therapist, and who is an articulate and

7   intelligent individual, knows what Aricept and Namenda are,

8   just like all of the other Government's witnesses.  And

9   Mr. Rojo, when confronted with this unpleasant fact, chose to

10  lie on the stand, that he didn't know.

11       THE COURT:  That Aricept is used for the treatment of

12  people with Alzheimer's disease and other forms of dementia?

13       MR. HAYES:  Correct.

14       THE COURT:  You would almost have to ignore present

15  day commercial television.  It is advertised as a treatment

16  for Alzheimer's and elderly dementia.

17       MR. HAYES:  Correct, Your Honor.

18       So Your Honor, that concludes the Government's

19  arguments as far as the obstruction enhancement that should be

20  applied in this case.

21       Turning to the Government's recommendation, the

22  Government is recommending the statutory maximum of 120

23  months.

24       The Government believes this sentence is appropriate

25  for Mr. Rojo, compared to other defendants, both in this case

1  and the companion case before Judge Scola, for the simple

2  reason that this Court has already noted; that Mr. Rojo

3  deepened others' involvement in the fraud, his co-defendants,

4  by providing a means to write fake notes.

5       THE COURT:  Mr. Hayes, let me ask this question:  Is

6  there any non-cooperating -- because I think that's where I

7  have to really make the judgment in this case -- people who

8  didn't assist the Government, either through testimony or

9  documents or helping them identify other fraudsters, is there

10 any other non-cooperating therapist who has received a

11 sentence of 120 months?

12      MR. HAYES:  There is another non-cooperating

13 therapist, who was convicted at trial, Your Honor, and an

14 obstruction enhancement was applied because the Court, Judge

15 Scola, found he perjured himself; however, it wasn't 120

16 months.

17      The name of this Defendant is Rafael Alalu, he was

18 sentenced by Judge Scola to 101 months.  The Court applied the

19 obstruction enhancement because the Defendant did testify.  So

20 Your Honor, the Government was -- I was remiss in not putting

21 that in my sentencing memorandum.

22      THE COURT:  I do have a copy of -- I actually had

23 pulled for me the sentencing from the other Biscayne Milieu

24 trial, because I did want to make the distinction between

25 people like Mr. Macli, who were actually the runners of the

```
 1  clinic for brains --
 2          MR. HAYES:  Right.
 3          THE COURT:  -- and individuals, like the therapists
 4  who cooperated in this case and our cooperating witness, who
 5  was the clinical director, who testified.
 6          MR. HAYES:  Mr. Jackson, Your Honor.
 7          THE COURT:  Mr. Jackson, yes.  I wanted to see where
 8  the range of sentences fell, because that's one of the things
 9  that 3553 asks District Judges to do.
10          MR. HAYES:  And comparing --
11          MS. RODRIGUEZ:  And, Your Honor, if I may, Rafael
12  Alalu was not at Biscayne Milieu for the entirety of the
13  conspiracy.  Jose Rojo was at Biscayne Milieu for a much
14  longer time than Rafael Alalu.
15          If my memory serves me correctly, Rafael Alalu was
16  there -- was it a year?
17          MR. HAYES:  A year and six months, Your Honor.
18          MS. RODRIGUEZ:  A year and six months.
19          This Defendant was at Biscayne Milieu and assisting
20  with the fraud for three and a half years.
21          MR. HAYES:  And Your Honor, just to differentiate
22  between the two further, the Government's argument is that
23  Mr. Rojo deserves the statutory maximum, as opposed to
24  Mr. Alalu, who got 101 months, because not only the length
25  time that Mr. Alalu was there.
```

```
 1          Mr. Alalu came into a scheme that was already well
 2   and going before he got there, whereas Mr. Rojo was much
 3   closer to the inception.  Mr. Rojo did master treatment plans,
 4   the Government believes that it has shown they were fake
 5   master treatment plans; no other therapist did that.
 6          Mr. Alalu was a clinical director, but he was a
 7   clinical director for a very short time, whereas Mr. Rojo was
 8   a fake note factory through Yandy and also aggravated his
 9   conduct by being there for so long and getting paid more than
10   anyone, including Mr. Alalu.
11          So while they are similarly situated, Your Honor, the
12   Government believes that Mr. Rojo is more culpable than
13   Mr. Alalu, but that's the baseline comparison in this case.
14   They are the two therapists who did not cooperate, who went to
15   trial, who were found to have obstructed justice through
16   perjurous testimony on the stand.
17          And the difference, the Government contends, is that
18   Mr. Rojo, even though he wasn't a clinical director like
19   Mr. Alalu, was nevertheless more involved in this scheme in
20   terms of time and in terms of his conduct.
21          THE COURT:  So the recommended sentence from the
22   Government would be the statutory maximum of 120 months.
23          MR. HAYES:  Correct, Your Honor.
24          THE COURT:  Thank you.
25          Anything else from the Defense, and would Mr. Rojo
```

Wednesday, November 6, 2013

1  wish to speak?

2          MR. PEREZ:  I think Mr. Rojo would like to address

3  the Court.

4          Since we started a little late, I have another

5  commitment.  Mr. Villanueva is going to remain here with

6  Mr. Rojo, and Mr. Rojo would like to address the Court.

7          THE COURT:  Mr. Rojo.

8          THE DEFENDANT:  Good morning, Your Honor.

9          I'm having problems with the microphone again, I

10  think everybody can hear me.

11          THE COURT:  I can hear you, go right ahead.

12          THE DEFENDANT:  Thank you for the opportunity to be

13  here, and I'm standing here today -- I think this is the first

14  chance I have to directly speak to you because, you know, you

15  got to know about me through questions from my attorney, the

16  Government, and the witnesses offering testimony about my

17  person.

18          This time I want to basically -- I don't know, I

19  think you have the time -- just to tell you about my life and

20  who I am.

21          As you may know, I was born in Cuba, and I was born

22  in a very poor country in 1973, born and raised in Cuba.  Many

23  things, in very poor family, with principles and faith and

24  those were things that always ruled every single action in my

25  life.

1          At a very early age, Your Honor, when I was ten, I

2    lost a human being that I loved the most in my life, it was my

3    grandmother.  I think you saw in the letter from my family,

4    that changed my whole life, that changed me.  That totally

5    changed the perception that I had in life and the way I saw

6    other human beings, especially because she died as the result

7    of medical malpractice.

8          That day, I swear and I remember -- I was ten years

9    old and I remember telling my family, I want to be a doctor,

10   but I wanted to be a doctor to take care of people, to do the

11   good and the best for the people.

12         And from that day, I started working, supported by my

13   whole family.  I put myself through a rigorous process in my

14   country to get into medical school.  It is very, very

15   difficult to do that in Cuba, and I put myself through

16   process, and after five years -- of course, after high school,

17   I finished high school and I was able to obtain my diploma.

18         Then I put myself -- I practiced.  I was always -- we

19   had the choice, and it was my personal choice to work in the

20   places with the underserved population, the poor and it was my

21   pleasure.

22         I can say, Your Honor, that the reason why I started

23   this career in my country was not because I wanted to make

24   money, I wanted to become millionaire, I wanted to have a very

25   luxury type of life, because that's not what happens in our

1  country.

2          If you decide to go to school, the only reason you do

3  that for is because you want to help others.  I never made, in

4  a month, more than $100 as a salary.

5          I'm sorry, $11 a month, that was my salary as a

6  doctor in Cuba.  I didn't never complain about it, I was happy

7  with that because my mission was always to save others and to

8  offer my services to everybody.

9          And I had to leave my country because even if I had

10 the occasion, there was something I couldn't do, and it's the

11 freedom; the freedom to express myself, the freedom to be the

12 human being I wanted to be, to express my words and have the

13 right to be listened, as you are doing today.

14         And it was painful for me to leave everything behind.

15 It was hard for me, but still, I did it, because it was hard.

16 I had to leave my family behind at the time, and after being

17 in the Dominican Republic seven months, I came to the United

18 States, and again with my dream, my principle, my idea that

19 this is a place that you can really work hard and make it.

20         Since the first day I got to this country, Your

21 Honor, I have been looking -- I was always looking to help

22 others and to find a way.

23         Three months after being here, I started working in a

24 company as a case manager and then at nighttime, I was also

25 working taking mental health -- in a hospital, mental health

1   hospital.  So then I put myself -- two years later, I decided

2   that I wanted to go back and do something for people, so I put

3   myself through school, and in 2005 -- around 2005, I obtained

4   my masters in psychology and in 2008, I got my license.

5           All my life, Your Honor, the last 20 years, I've been

6   practicing, I've been studying to take care of people.  One of

7   the reasons, also -- and I remember going to school, that the

8   professors would tell us, If you really want to be in a field

9   that's going to give you a good type of life or something like

10  that, do not do psychology.  In psychology, do it because you

11  love it, do it because you care about people.  Don't do it

12  because it is money, because there is no money.

13          And I knew that, Your Honor, and I still went to

14  school.  That's my vocation.  Never in my life, never before

15  in my country, never here, I had care about luxuries, about

16  anything else than helping others.

17          When I started working at Biscayne Milieu, my job

18  there, every single day, Your Honor, was working hard and

19  doing my best and reinvent myself every single day.

20          Through the -- during the trial, Your Honor, there

21  were many things -- and that's why I say that I feel good that

22  I have the chance to talk to you, because things happened and

23  I don't know if you could allow me to show again the memo and

24  the proposal letter from the therapists.

25          THE COURT:  I have a memory of all of that, sir.  No.

1        THE DEFENDANT:  And the second one that Mr. Perez

2   show this morning.

3        THE COURT:  I have it all.  No thank you, I don't

4   need to see it again.  Thank you very much.

5        THE DEFENDANT:  Because I pray for Your Honor that

6   basically in some way, it was addressed in the trial as

7   basically our intention, as therapists, was to obtain more

8   money from Biscayne Milieu, and that was never the case, Your

9   Honor.

10       That letter was just in response to a total change in

11  the program structure in Biscayne Milieu, where Biscayne

12  Milieu was asking for us to work between 40 or 50 hours and

13  see a lot of patients.  And on that day, 2009, was when me and

14  other people resign to that position in Biscayne Milieu.

15       After that, Your Honor, since 2009 to the date, I

16  have been practicing.  I left Biscayne Milieu in 2010 and

17  since that time to this day, I move out of there because I've

18  been working with patients in a program that is not easier

19  than a PHP, in a program working with offenders and helping

20  them doing transition into the community.

21       Part of my job, Your Honor, in Biscayne Milieu, as it

22  is in the field psychology, something we are really trained to

23  do, is to work with patients through the whole process of

24  denial.

25       It is hard.  In our population, it is hard.  When I

1   worked at Biscayne Milieu, Your Honor, and you saw me here

2   testify that I believed the patients were sick.

3           And I could say that, Your Honor, because it was hard

4   for me to say it then and it is not any easier for me to say

5   now, but as well as those patients, I was a patient at

6   Biscayne Milieu.  I was being treated at Biscayne Milieu by

7   Dr. Schapiro.  I have been suffering with depression for many

8   years in my life.  It's a very long process.

9           You saw the pictures of the patients and you saw

10  every single one of the Government witnesses testify, but none

11  of them -- they were asked to just offer testimony about what

12  they thought if a patient was sick or not.

13          What I can tell you, mental health doesn't have a

14  face.  Mental health is a problem that goes inside.  They saw

15  me every day; they never saw that I was sick.  My life

16  sometimes was really, really hard, sometimes I didn't want to

17  get out of bed, but going to Biscayne Milieu was what made my

18  life, every single day, better.  They did not only help me, I

19  helped them.  But every day, I needed them as much as they

20  needed me.

21          When I sit in my room, Your Honor, I wasn't only

22  working with my patients for them, I was working for me.  That

23  was my company, that was my treatment, but it was my help.

24          And that's why I've been saying, Your Honor, I never

25  went to Biscayne Milieu, when I started my sessions, to work.

Wednesday, November 6, 2013

1    I was doing my therapy, that therapy was for them, that

2    therapy was for me.  I needed that as much as they needed it

3    and I always, to the best of my understanding, did it really

4    good and as good as I try.

5         I also referred -- I want to refer briefly, Your

6    Honor, to the session, the recorded session that I brought to

7    the trial.  And in that session -- it took me days to prepare

8    that session, Your Honor, do I believe that you are

9    beautiful -- or do I love you because you are beautiful, or

10   are you beautiful because I love you.

11        In therapy, one of the things that we do always is

12   try to make it look easy for the patients so the message can

13   get to them.  The whole purpose of my session was to basically

14   open a line of understanding to people with low self-esteem,

15   and people that's been left by others, by family, the people

16   who love them, and just discover the inner beauty inside them.

17        It took me weeks, Your Honor, to prepare for that

18   topic, to prepare for session.  That session is one of my

19   sessions that I did with people for them to get my message.

20        That, I explained, and I think -- you know, I feel in

21   some way like sometimes, as a therapist, being taught that my

22   session was not effective, was not a PHP session, I feel, in

23   some way, like a failure sometimes for that.  But anyway, I

24   just wanted to talk to you about that, Your Honor.

25        And being here today, in front of you, if there

1   was -- every single day, Your Honor, when I went to work,

2   every job that I had, Your Honor; Biscayne Milieu, working for

3   the the Bureau of Prisons as a contractor, I have never had a

4   problem, Your Honor.  I always loved every single patient of

5   mine, but if one patient was hurt because of any type of

6   misbehavior, I would like to apologize to all of them.

7          I sincerely, standing here and I came in front of

8   you, Your Honor, because I just wanted to express my feelings

9   and let you know who I am.

10         THE COURT:  Thank you very much, sir.

11         Mr. Villanueva, anything else?

12         MR. VILLANUEVA:  Yes, Your Honor.  We have a few

13  other individuals, one is Robert Soto, who is Mr. Rojo's

14  partner and friend.

15         MR. SOTO:  Good morning.  How are you?  Thank you for

16  the opportunity to be here.

17         I'm here proudly --

18         One second, Your Honor.

19         -- on behalf of my partner and friend, Jose Rojo, to

20  provide a character reference for your consideration in his

21  sentencing.

22         I want you to fully understand that Jose Rojo is a

23  respectful, accomplished and proud Cuban American.  He is a

24  very important role model for myself, for his family, and his

25  community.

1       I have found, throughout these ten years knowing

2   Jose, that he is an honest, hardworking and caring person and

3   I cannot express enough how important it is for him to be

4   given a second chance, and this is why:

5       I'm going to give you an example.  This was December,

6   we were in Orlando, December 24, Christmas.  We Latins and

7   Europeans, we celebrate -- we celebrate December 24th as our

8   major holiday in Christmas.

9       So we were driving, me and Jose were driving to my

10  sister's house near Colonial and there was a strip small, a

11  little one, an obscure strip mall at that corner, and Jose --

12  there were this man in a wheelchair, sitting by himself.

13      I was not looking at him, Jose was, and Jose asked me

14  to go around, park in front of the guy; he came out of the car

15  and he start talking to this person.

16      He came back to the car, and it was cold.  Sometimes

17  in Orlando, it gets to be 45, so it is cold.  He came back to

18  the car, and he asked me -- well, he told me, We need to go

19  back to your house, get some blankets, get some food, and come

20  back here.

21      I was not happy at all because my sister, my family

22  and my friends were waiting for me, but I did what he said.

23  We went back to the house, he fixed some sandwiches, warm

24  soup, Campbell's soup, and I grabbed some blankets.

25      We went back to this guy, he came out of the car, he

1  spoke to this guy for 45 minutes about his life.  He listened

2  to this person for 45 minutes and he fed this guy, he,

3  himself, and he put a blanket around him.

4          Is Christmas about family and friends and Christmas

5  presents?  I learned from you, Jose, that -- sorry, Your

6  Honor.

7          That was my best Christmas, Jose, because you do take

8  care of the needy people in this world.  You are, you do Jose

9  and I've seen that throughout this ten years.

10         There are people here saying that he did not take

11 care of the needy, the most needy; I witnessed that, and I

12 swear this in front of you, Judge, and in front of this Court.

13 I've seen it.

14         Going back to when I first met Jose, he was working

15 two jobs.  I hardly seen him; in and out.  Not just help --

16 not just to help his family in Cuba; at that time, they were

17 residing in Cuba, but he lent some of his money to his

18 friends, friends in need.

19         Moving forward, before I opened my own business, I

20 was a branch manager for the largest corporation and the

21 largest bank in this country, J.P. Morgan Chase Bank.

22         I had a close relationship with my boss.  Every time

23 we had a problem with a branch in Miami, Miami-Dade County,

24 the first person calling was me; Robert, we had an audit

25 problem; Robert, we have a sales problem; we have an issue

1  with employees, Robert, I need your help.

2         One of those branches was close to Jose's practice,

3  and I like to see Jose every day.  After work, I always came

4  by his office, just to say hello and spend some time with him,

5  maybe five, ten minutes, and he was always helping this

6  teenage child; never asked him what's his issue, but always

7  helped this teenage child.

8         I remember this person, this teenage child calling

9  him at 1:00 o'clock and 12:00 o'clock at night, 10:00 o'clock,

10  6:00 o'clock in the morning, and he always, always picked the

11  phone up to help this person.

12         One day I asked him, Jose, how are you -- this is a

13  teenage child, somehow are you charging?

14         No, Robert, I'm doing this for free.  I'm helping his

15  mom, and I'm helping him.

16         So my point is that through his life, he always

17  helped the needy and he never asked the needy for

18  compensation.

19         And I want to say this, Jose, to you.  My commitment

20  to you is for life; my commitment to you is for life.

21         And I do remind myself every day that ten years I

22  know, I have a lot to know you.  And I'm going to quote one of

23  my favorite presidents, FDR, who said, "Selfishness is the

24  only real atheism" -- I'm sorry.

25         "Selfishness is the only real atheism; aspiration,

1  unselfishness, is the only real religion."

2        Thank you very much, Your Honor.

3        THE COURT:  I would ask the Defendant and his

4  Attorney to please stand.

5        MR. VILLANUEVA:  We have one more person, is that --

6        THE COURT:  Mr. Villanueva, we have been going for

7  two hours.

8        MR. VILLANUEVA:  Just one more, two hours and two

9  minutes, if the Court would give us that benefit.

10       THE COURT:  I just ask that the issue be toward the

11  issue of sentencing, please.

12       MR. VILLANUEVA:  Yes, Your Honor.

13       THE COURT:  Ma'am.

14       UNIDENTIFIED SPEAKER:  Yes.

15       Hello, Your Honor.  I'm Jose's friend, I have known

16  him for over 14 years, and I have always known him to be an

17  honest person.

18       In that time, I have grown to know him, but most of

19  all, respect and admire his tenacity for life.  He never gives

20  up, no matter the situation; always positive and ready to face

21  life's adversities head-on.

22       He came to this country alone, with no family to

23  support him.  He had two full-time jobs, rode a bike every day

24  to work, put himself through school a second time, and bought

25  his very own one bedroom apartment, all to fulfill his dream

1   of one day reuniting with his family.

2          Jose is a hardworking, honest person, and has the

3   biggest heart of anyone that I have ever known.  He touches

4   people by just being him and the amazing thing is that he

5   doesn't even realize it.

6          People just grow to love him because he is the -- he

7   is so giving, never has a negative thing to say about anyone.

8   He just accepts people for who they are.

9          Throughout the years, I have seen him handle

10  patients, in the clinic 14 years ago, and then at his own

11  practice, working with the Federal inmates.

12         How is it he just made them feel accepted?  Many

13  times, he donated therapy sessions to couples who needed it,

14  but couldn't afford the sessions.

15         Jose is the pillar of his family, the core of all

16  that love him.  But for me, he is so much more.

17         I'm sorry.

18         I don't think words could ever describe what he means

19  to me.  His loyal and honest -- sorry, Your Honor --

20  friendship has made me see life in another way.  His

21  acceptance of me, but most of all his undeniable belief in me

22  has made me the person I am today.

23         Jose is my friend, my confident, my strength, my

24  support system, the brother I never had.  Through him, I have

25  gained another family.

Wednesday, November 6, 2013

1          Jose is my heart, Your Honor.  Please don't take him

2    away from us.  Thank you.

3          THE COURT:  I would ask the Defendant and his

4    Attorney to stand, please.

5          I would have to ignore and find false every witness's

6    testimony in this case in order to even consider a probative

7    sentence in this matter.  It would require going against the

8    great weight of the evidence and above all else, the affront

9    to the justice system.

10         I say that because the kind of therapy that Mr. Rojo

11   was supposed to give and the people he was supposed to give it

12   to, I drive by every night when I leave the courthouse because

13   those are the people who really do end up on the streets of

14   the City of Miami because they don't have medical insurance,

15   and they don't have someone who is going to be able to take

16   care of them, and the voices they hear are very real and the

17   drug addictions and the demons are very real, and to see the

18   money that is wasted is appalling.

19         The fact that your client, Mr. Villanueva, was not

20   personally enriched by this scheme is of no moment.  It is the

21   fact that it was a scheme and the scheme was such that it

22   deprived the people of the United States of millions of

23   taxpayer dollars, and that's the wrong part of it.

24         It is the judgment of the Court that Jose Rojo is

25   committed to the Bureau of Prisons for a term of 120 months.

1          It is further ordered that the Defendant shall pay

2  restitution in the amount of $11,000,000.  This amount is

3  joint and several with the codefendants in this case, as well

4  as the co-conspirators in docket entry 11-20587, Criminal,

5  Scola.

6          During the period of incarceration, payment shall be

7  made as follows:  50 percent, if the Defendant works in

8  UNICOR.  If he does not have a UNICOR job, then $25 per

9  quarter.

10         Upon release from incarceration, the Defendant shall

11  pay restitution at the rate of 10 percent of monthly gross

12  earnings until such time as the Court may alter the payment

13  schedule.

14         The Bureau of Prisons, probation, and the U.S.

15  Attorney's Office shall monitor the payment of -- shall

16  monitor the payment of restitution and shall make any change

17  according to the Defendant's ability to pay.

18         These payments do not preclude the Government from

19  using other anticipated or unexpected financial gains, assets,

20  or income to satisfy the Defendant's restitution obligations.

21         After he has completed his sentence, the Defendant

22  shall be placed on supervised release for three years.  Within

23  72 hours of release, the Defendant shall report in person to

24  probation office in the District where released.

25         While on supervised release, the Defendant shall not

Wednesday, November 6, 2013

```
 1   commit any crimes, shall be prohibited from possessing a
 2   firearm or other dangerous device, shall not possess a
 3   controlled substance, shall cooperate in the collection of
 4   DNA, and comply with the standard conditions of supervised
 5   release, including the following special condition:  Financial
 6   disclosure, no new debt restriction, self-employment
 7   restriction, and the health care business restriction, all
 8   outlined more specifically in part G of the presentence
 9   report.
10           Does the Defendant object to the Court's finding of
11   fact or the manner in which the sentence was pronounced?
12           MR. VILLANUEVA:  Yes, we do, Your Honor.  We would
13   like to preserve the right to appeal the sentence.
14           THE COURT:  Noted for the record, sir.
15           Sir, you have the right to appeal the sentence
16   imposed.  Any notice must be filed within 14 days.  If you are
17   unable to pay the cost of an appeal, you may apply for leave
18   to appeal in forma pauperis.
19           If the Defendant is not designated to a facility, he
20   shall turn himself in at the United States Marshal by noon on
21   Monday, December 2nd; Monday, December 2nd.
22           Court is in recess until 2:00 p.m.
23       (PROCEEDINGS ADJOURNED AT 1:05 P.M.)
24
25
```

Wednesday, November 6, 2013

1           **C-E-R-T-I-F-I-C-A-T-E**

2               I hereby certify that the foregoing is an

3     accurate transcription an proceedings in the

4     above-entitled matter.

5     **1/24/2014**              **/s/DIANE MILLER**
      DATE                  DIANE MILLER, RMR, CRR
6                           Official United States Court Reporter
                            Wilkie D. Ferguson Jr. U.S. Courthouse
7                           400 North Miami Avenue, Suite 11-2
                            Miami, FL  33128
8                           305- 523-5152   (fax) 305-523-5159

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Wednesday, November 6, 2013

## $

$100 [1]  52/4
$11 [1]  52/5
$11,000,000 [2]  37/3 64/2
$25 [1]  64/8
$49,000,000 [3]  25/3 27/2 27/6

## /

/s/DIANE [1]  66/5

## 1

1/24/2014 [1]  66/5
10 percent [1]  64/11
101 [2]  47/18 48/24
10:00 o'clock [1]  60/9
11,000,000 [1]  25/18
11-2 [1]  1/22 66/7
11-20587 [1]  64/4
11th [1]  11/1
12 [1]  42/22
120 [9]  8/23 8/24 9/3 10/11 46/22 47/11
 47/15 49/22 63/25
121 [1]  10/10
1291 [1]  11/1
12:00 o'clock [1]  60/9
13-20062-CR-COOKE [1]  1/3
14 [3]  61/16 62/10 65/16
14th [1]  7/19
151 [1]  10/10
178 [1]  3/5
185 [1]  3/5
1973 [1]  50/22
1:00 o'clock [1]  60/9
1:05 [1]  65/23
1D [1]  14/14

## 2

20 [2]  5/25 53/5
20 percent [1]  35/16
200 [1]  28/10
2005 [2]  53/3 53/3
2008 [1]  53/4
2009 [6]  16/14 28/14 28/15 42/12 54/13
 54/15
2010 [1]  54/16
2013 [1]  1/5
2014 [1]  66/5
20587 [1]  64/4
24 [1]  58/6
24th [1]  58/7
25,000 [1]  39/1
2:00 p.m [1]  65/22
2nd [2]  65/21 65/21

## 3

30 [2]  20/13 20/14
305 [2]  1/23 66/8
305-523-5159 [1]  66/8
31st [1]  7/21
32 [3]  9/17 10/8 41/19
33128 [2]  1/23 66/7
33132 [1]  1/17
33155 [1]  1/19
34 [2]  8/22 9/17
3553 [2]  37/5 48/9
36 [2]  3/17 7/17
37 [1]  10/15

38 [5]  16/13 28/4 29/3 41/1 41/12

## 4

40 [1]  54/12
400 [4]  1/22 3/21 7/7 66/7
45 [4]  14/16 58/17 59/1 59/2
47 [1]  17/25
485 [1]  11/1
49,000,00 [1]  26/1
49,000,000 [4]  12/11 25/14 26/8 35/18
4th [6]  1/16 6/13 6/15 16/14 34/6 42/12

## 5

50 [1]  54/12
50 percent [2]  16/20 64/7
5152 [2]  1/23 66/8
5159 [1]  66/8
523-5152 [2]  1/23 66/8

## 6

66 [1]  24/5
6780 [1]  1/19
67A [1]  24/4
6:00 o'clock [1]  60/10
6th [3]  28/15 28/25 29/13

## 7

72 [1]  64/23

## 8

80 [1]  1/8

## 9

90 [1]  20/13
99 [1]  1/16
9th [2]  28/14 29/13

## A

AA [1]  20/14
abide [1]  6/4
abided [1]  5/24
ability [3]  16/22 19/19 64/17
able [9]  7/1 28/9 28/25 29/10 37/15 39/9
 45/6 51/17 63/15
about [47]  5/11 5/12 5/12 5/13 6/9 9/25
 11/23 13/7 13/25 14/23 15/6 15/20 16/16
 17/3 18/7 18/18 18/20 20/9 20/9 20/21
 20/21 20/22 23/10 28/20 29/9 31/25 33/3
 34/5 40/1 40/22 43/25 44/2 44/8 45/5 45/18
 50/15 50/16 50/19 52/6 53/11 53/15 53/15
 55/11 56/24 59/1 59/4 62/7
above [2]  63/8 66/4
above-entitled [1]  66/4
absolutely [1]  19/3
abuse [5]  19/11 19/13 19/16 20/3 40/19
abuser [1]  19/18
abusers [1]  14/18
acceptance [2]  33/12 62/21
accepted [2]  39/21 62/12
accepts [1]  62/8
access [2]  28/9 45/14
accomplished [1]  57/23
according [1]  64/17
account [2]  33/22 34/22
accountability [1]  24/8 26/7 36/7
accountable [14]  10/22 11/20 12/11 25/25
 27/21 30/13 31/1 31/19 32/8 33/4 34/25
 35/12 35/15 37/7

accurate [2]  36/18 66/3
acquittal [2]  42/4 42/12
acquitted [3]  29/25 30/1 38/18
action [1]  50/24
actions [1]  39/22
actively [2]  19/21 21/23
activities [1]  39/22
actual [7]  10/17 12/23 14/13 16/4 30/6
 44/15 44/18
actually [8]  9/17 10/21 13/13 21/5 22/22
 43/18 47/22 47/25
adamant [1]  40/1
add [1]  24/2
addendum [2]  4/5 5/9
addict [1]  21/3
addictions [1]  63/17
addicts [2]  21/23 21/24
additional [1]  39/14
address [5]  13/4 32/7 40/21 50/2 50/6
addressed [1]  54/6
ADJOURNED [1]  65/23
Administration [2]  34/18 34/19
admire [1]  61/19
admission [1]  16/21
admitted [1]  10/17
admittedly [1]  7/22
adult [1]  19/2
adversities [1]  61/21
advertised [1]  46/15
advised [1]  30/2
advisory [2]  8/23 8/24
affected [1]  29/6
afford [1]  62/14
affront [1]  63/8
after [14]  3/24 19/12 28/1 29/1 30/2 37/4
 43/16 51/16 51/16 52/16 52/23 54/15 60/3
 64/21
afterwards [1]  35/12
afterwords [1]  34/9
again [6]  3/6 18/12 18/12 18/12 43/1 45/15
 50/9 52/18 53/23 54/4
against [5]  9/8 9/10 11/12 39/23 63/7
age [1]  51/1
agent [3]  38/11 38/12 38/12
aggravated [1]  49/8
ago [2]  39/3 62/10
agree [2]  16/9 45/16
agreed [1]  33/9
agreements [1]  32/12
ahead [2]  16/7 50/11
aid [3]  6/10 6/12 8/7
Alalu [11]  47/17 48/12 48/14 48/15 48/24
 48/25 49/1 49/6 49/10 49/13 49/19
alike [1]  22/25
all [64]  8/4 9/24 10/2 10/13 11/3 11/3 12/1
 12/4 12/14 13/2 13/5 14/2 14/17 14/20 15/7
 15/8 15/24 16/10 16/19 16/25 17/17 18/7
 18/15 20/2 20/3 20/15 21/19 23/2 24/1
 24/22 24/24 27/10 27/24 28/10 30/11 30/13
 31/4 34/11 34/16 36/6 36/6 38/13 41/11
 42/5 42/14 43/22 44/7 44/12 44/14 45/7
 45/15 45/18 46/8 53/5 53/25 54/3 57/6
 58/21 61/19 61/25 62/15 62/21 63/8 65/7
allegations [1]  5/17
alleged [3]  5/14 39/10 39/23
allegedly [1]  38/23
Allen [2]  30/3 30/7

**A**

allow [1] 53/23
almost [2] 7/7 46/14
alone [1] 61/22
already [4] 9/6 38/8 47/2 49/1
also [18] 20/15 22/5 24/2 24/3 24/10 24/14
 25/6 26/10 39/4 39/19 42/7 44/23 45/2
 45/17 49/8 52/24 53/7 56/5
alter [1] 64/12
although [1] 34/8
always [17] 17/9 19/17 50/24 51/18 52/7
 52/21 56/3 56/11 57/4 60/3 60/5 60/6 60/10
 60/10 60/16 61/16 61/20
Alzheimer's [4] 14/18 21/12 46/12 46/16
am [4] 24/23 50/20 57/9 62/22
amazing [1] 62/4
AMERICA [1] 1/4
American [3] 15/15 15/22 57/23
among [1] 39/20
amount [50] 10/15 10/20 10/20 10/23 11/20
 12/9 12/22 12/22 12/23 13/8 16/2 23/16
 23/19 24/8 25/18 25/22 25/23 26/1 26/16
 26/17 26/20 26/20 26/21 27/4 27/5 27/22
 29/23 30/6 30/10 31/17 32/9 32/9 32/10
 34/23 35/2 35/3 35/6 35/8 35/13 35/13
 35/15 35/17 35/22 36/24 37/1 37/2
 38/7 64/2 64/2
amounts [5] 12/10 12/11 25/12 27/2 33/4
another [8] 4/23 22/11 43/13 43/20 47/12
 50/4 62/20 62/25
answer [3] 5/25 29/12 36/13
answering [1] 24/5
anticipated [1] 64/19
any [20] 3/8 7/14 8/2 19/4 20/20 21/16
 23/17 25/12 29/9 31/23 31/23 39/12 43/25
 47/6 47/10 55/4 57/5 64/16 65/1 65/16
anymore [3] 5/25 37/5 43/7
anyone [4] 3/6 49/10 62/3 62/7
anything [18] 4/20 6/22 7/23 8/18 11/6 11/7
 17/3 34/1 40/8 40/22 41/3 41/20 41/22
 41/23 44/2 49/25 53/16 57/11
anyway [1] 56/23
apartment [1] 61/25
apologize [3] 3/23 40/25 57/6
apologizes [1] 7/23
appalling [1] 63/18
apparent [1] 38/18
apparently [1] 3/20
appeal [4] 65/13 65/15 65/17 65/18
Appeals [2] 13/15 13/19
appear [2] 23/22 45/8
APPEARANCES [1] 1/14
appearing [3] 2/4 2/7 2/9
appears [1] 23/23
applied [6] 10/7 27/18 41/14 46/20 47/14
 47/18
apply [1] 65/17
appropriate [1] 46/24
are [84]
aren't [3] 5/17 20/8 31/12
argue [1] 33/21
argued [4] 17/7 24/20 33/23 33/24
argues [2] 11/5 17/5
arguing [3] 17/6 19/15 20/8
argument [9] 19/17 32/19 33/24 34/25 35/9
 35/19 35/20 37/4 48/22

arguments [4] 21/16 29/16 38/1 46/19
Aricept [3] 46/2 46/7 46/11
around [4] 21/24 53/3 58/14 59/3
arrange [1] 44/24
arrested [1] 21/8
articulate [1] 46/6
as [108]
ask [5] 28/12 47/5 61/3 61/10 63/3
asked [8] 25/17 36/9 55/11 58/13 58/18
 60/6 60/12 60/17
asking [9] 6/6 12/9 17/15 24/24 25/15 33/13
 41/21 44/1 54/12
asks [1] 48/9
aspiration [1] 60/25
assessment [1] 36/11
assets [1] 64/19
assist [1] 47/8
assisted [1] 37/14
assisting [1] 48/19
assume [2] 11/15 11/19
atheism [2] 60/24 60/25
attention [3] 2/18 12/20 33/3
attorney [4] 1/16 50/15 61/4 63/4
Attorney's [1] 64/15
attributable [2] 23/23 25/1
attributed [1] 31/18
audit [1] 59/24
August [1] 6/19
AUSA [2] 1/15 1/15
authenticity [1] 29/10
authority [1] 13/18
available [1] 3/15
Avenue [2] 1/22 66/7
aware [3] 4/21 4/24 29/8
away [2] 21/17 63/2
awful [1] 21/23

**B**

back [14] 2/2 3/2 26/17 28/7 30/6 39/17
 53/2 58/16 58/17 58/19 58/20 58/23 58/25
 59/14
balance [1] 10/5
bank [2] 59/21 59/21
based [12] 6/17 20/15 23/20 23/22 25/19
 26/5 26/20 27/4 32/21 35/7 37/22 44/16
baseline [1] 49/13
basic [1] 2/13
basically [6] 5/8 33/23 50/18 54/6 54/7
 56/13
basis [2] 5/14 12/12
be [83]
bear [1] 29/5
beautiful [5] 18/3 18/4 56/9 56/9 56/10
beauty [1] 56/16
because [84]
become [1] 51/24
bed [1] 55/17
bedroom [1] 61/25
been [24] 6/20 7/21 8/1 14/25 15/21 17/12
 18/6 21/7 23/4 23/8 28/7 34/17 36/12 37/2
 40/11 52/21 53/5 53/6 54/16 54/18 55/7
 55/24 56/15 61/6
before [13] 1/11 9/6 14/25 15/1 28/1 39/19
 40/8 41/24 44/3 47/1 49/2 53/14 59/19
begin [1] 28/21
beginning [1] 9/23
behalf [3] 2/9 16/19 57/19

behavior [1] 37/22
behest [1] 28/22
behind [2] 52/14 52/16
behooves [1] 5/10
being [24] 4/25 12/15 20/16 21/5 22/13
 30/21 30/22 32/5 33/4 36/2 37/14 39/25
 41/19 43/14 43/15 49/9 51/2 52/12 52/16
 52/23 55/6 56/21 56/25 62/4
beings [1] 51/6
belabor [1] 43/24
belief [1] 62/21
believe [9] 3/17 6/18 25/20 38/19 38/21
 39/7 39/25 40/2 56/8
believed [1] 55/2
believes [4] 23/8 46/24 49/4 49/12
belong [4] 17/22 20/24 21/22 21/24
beneficial [2] 36/12 36/17
benefit [3] 19/19 43/9 61/9
benefited [4] 12/7 34/8 34/14 43/8
benefits [4] 12/24 18/13 19/6 34/18
best [4] 51/11 53/19 56/3 59/7
better [3] 20/8 22/17 55/18
between [6] 5/15 35/24 45/7 47/24 48/22
 54/12
beyond [2] 23/8 23/14
big [1] 32/22
biggest [1] 62/3
bike [1] 61/23
billable [1] 25/23
billed [10] 14/13 15/13 18/9 23/16 23/20
 25/4 27/6 31/20 35/2 35/8
billing [3] 24/25 30/14 35/8
billings [1] 27/4
binge [1] 19/21
Biscayne [48] 10/23 12/25 14/5 14/21 14/23
 15/3 17/4 17/7 17/12 17/13 17/22 18/23
 19/4 19/10 20/4 20/6 21/20 22/4 22/23
 23/11 23/14 26/21 27/4 29/7 30/14 31/20
 36/13 36/14 36/23 39/14 39/15 47/23 48/12
 48/13 48/19 53/17 54/8 54/11 54/11 54/14
 54/16 54/21 55/1 55/6 55/6 55/17 55/25
 57/2
bit [1] 34/12
blanket [1] 59/3
blankets [2] 58/19 58/24
blatant [1] 21/11
blind [1] 17/10
board [1] 18/3
bogus [1] 45/3
born [3] 50/21 50/21 50/22
boss [1] 59/22
both [3] 18/6 23/9 46/25
bottom [1] 23/24
bought [1] 61/24
boxes [1] 28/10
brains [1] 48/1
branch [2] 59/20 59/23
branches [1] 60/2
Brantley [1] 2/24
break [1] 32/18
brief [3] 3/22 13/18 13/24
briefly [4] 6/14 39/2 40/10 56/5
bring [3] 2/18 28/17 28/20
bringing [1] 33/3
brings [1] 11/17
brokers [1] 20/17
brother [4] 22/7 39/10 39/14 62/24

**B**

brought [6]  4/18 20/16 21/19 30/15 36/15 56/6
building [1]  21/14
bulk [1]  29/25
burden [1]  4/8
Bureau [3]  57/3 63/25 64/14
business [4]  15/15 15/22 59/19 65/7

**C**

C-E-R-T-I-F-I-C-A-T-E [1]  66/1
cake [1]  43/7
calculate [2]  23/19 23/22
calculated [1]  8/10
calculation [6]  5/2 9/1 9/16 27/7 27/10 37/19
call [1]  31/16
called [1]  42/19
calling [2]  59/24 60/8
came [15]  14/25 19/22 21/13 22/23 27/11 43/19 49/1 52/17 57/7 58/14 58/16 58/17 58/25 60/3 61/22
Campbell's [1]  58/24
can [29]  5/8 6/1 10/1 13/4 15/13 15/14 16/1 16/12 17/10 18/9 21/4 21/25 23/18 24/6 24/21 25/12 32/23 33/17 35/3 35/7 37/4 44/6 45/25 50/10 50/11 51/22 52/19 55/13 56/12
canned [1]  43/20
cannot [3]  5/24 10/22 58/3
car [4]  58/14 58/16 58/18 58/25
care [9]  14/23 51/10 53/6 53/11 53/15 59/8 59/11 63/16 65/7
career [1]  51/23
caring [1]  58/2
CARLOS [2]  1/18 2/8
carries [1]  4/8
case [41]  1/3 2/20 3/1 7/3 7/3 9/22 10/20 10/24 12/8 13/7 14/15 15/1 15/6 15/10 16/2 25/22 26/10 26/11 26/15 28/3 28/5 28/6 29/22 30/8 33/5 35/23 36/22 37/9 37/23 39/21 40/1 46/20 46/25 47/1 47/7 48/4 49/13 52/24 54/8 63/6 64/3
cases [3]  12/9 13/8 13/21
categories [1]  17/18
category [3]  8/22 17/21 41/19
caught [2]  22/23 43/14
cautioning [1]  37/11
celebrate [2]  58/7 58/7
center [1]  27/5
central [1]  28/5
ceremony [2]  43/5 43/11
certain [2]  8/12 8/12
certify [1]  66/2
chain [1]  39/8
chance [3]  50/14 53/22 58/4
change [2]  54/10 64/16
changed [4]  23/4 51/4 51/4 51/5
character [1]  57/20
charge [2]  30/3 30/8
charging [1]  60/13
Charles [2]  18/24 20/22
Chase [1]  59/21
chatter [3]  19/8 19/25 21/9
child [4]  60/6 60/7 60/8 60/13
choice [2]  51/19 51/19

chose [2]  16/25 46/9
Christmas [5]  58/6 58/8 59/4 59/4 59/7
Circuit [1]  11/2
cited [1]  13/18
cites [1]  43/24
City [1]  63/14
Civil [1]  5/23
claim [1]  3/19
claimed [2]  34/7 34/8
clear [1]  44/21
client [5]  29/21 31/9 37/8 37/14 63/19
clinic [10]  23/16 24/15 26/6 26/15 27/15 27/18 35/11 39/18 48/1 62/10
clinic's [1]  18/1
clinical [7]  9/24 10/3 43/3 48/5 49/6 49/7 49/18
clinics [1]  37/17
close [5]  3/21 7/24 24/16 59/22 60/2
closer [1]  49/3
closing [2]  39/16 33/24
club [2]  18/23 19/2
co [4]  39/20 40/4 47/3 64/4
co-conspirators [1]  64/4
co-defendants [3]  39/20 40/4 47/3
codefendants [1]  64/3
cognitive [1]  16/22
cold [2]  58/16 58/17
collection [1]  65/3
Colonial [1]  58/10
come [2]  34/1 58/19
comedian [1]  19/1
comes [2]  13/22 22/8
comfort [1]  16/1
coming [4]  17/4 19/20 26/17 43/16
commercial [1]  46/15
commit [1]  65/1
commitment [3]  50/5 60/19 60/20
committed [3]  11/8 34/13 63/25
community [2]  54/20 57/25
companion [3]  15/21 16/10 47/1
company [2]  52/24 55/23
compared [1]  46/25
comparing [2]  45/25 48/10
comparison [2]  45/7 49/13
compensation [2]  17/15 60/18
complain [2]  18/18 52/6
complained [1]  18/20
complaint [1]  5/25
completed [1]  64/21
complied [1]  2/20
comply [1]  65/4
Composite [1]  42/22
comprehensive [1]  38/13
computer [1]  23/4
computers [1]  45/14
conceal [1]  22/5
conceded [2]  17/9 19/14
concedes [1]  43/9
concerning [1]  30/4
concerns [2]  2/24 43/18
conclude [2]  12/3 12/4
concludes [1]  46/18
condition [1]  65/5
conditions [1]  65/4
conduct [5]  31/21 34/22 35/10 49/9 49/20
conducted [1]  19/23
confer [1]  3/11

confident [1]  62/23
confronted [1]  46/9
confusing [1]  40/24
connected [1]  24/25
consequences [2]  6/3 21/8
consider [1]  63/6
consideration [3]  10/25 33/5 57/20
considered [2]  12/22 12/23
consistent [2]  30/19 35/22
conspiracy [14]  11/16 27/1 27/12 27/19 30/2 31/3 32/6 32/6 33/1 33/19 38/16 39/6 39/10 48/13
conspirators [1]  64/4
consultant [1]  20/2
consulted [1]  15/17
contained [2]  14/13 38/22
containing [2]  22/20 38/13
contend [2]  10/16 10/19
contends [4]  38/14 42/18 43/23 49/17
contention [2]  17/1 46/3
contents [1]  4/25
continue [2]  8/17 13/1
continues [2]  39/4 40/2
continuing [1]  37/17
contractor [1]  57/3
contrary [1]  44/12
controlled [1]  65/3
convenience [2]  6/22 7/5
convicted [2]  30/1 47/13
convictions [1]  9/3
cook [1]  18/1
COOKE [2]  1/3 1/11
cooperate [2]  49/14 65/3
cooperated [1]  48/4
cooperating [4]  47/6 47/10 47/12 48/4
cooperation [1]  25/10
cop [1]  21/6
copy [1]  47/22
Coral [1]  1/19
core [1]  62/15
corner [1]  58/11
corporation [1]  59/20
correct [22]  9/4 9/5 9/18 10/18 13/11 13/14 15/9 24/14 25/8 25/20 26/9 26/13 27/13 37/11 41/2 42/20 42/21 45/10 45/17 46/13 46/17 49/23
correctly [1]  48/15
cost [1]  65/17
could [13]  5/19 22/21 23/4 23/10 23/21 27/17 27/17 38/6 43/1 43/11 53/23 55/3 62/18
couldn't [5]  43/10 43/12 43/18 52/10 62/14
Counsel [7]  2/13 2/19 4/2 4/19 6/5 6/25 7/6
count [1]  7/19
country [9]  50/22 51/14 51/23 52/1 52/9 52/20 53/15 59/21 61/22
counts [5]  29/25 30/1 38/17 42/5 42/5
County [1]  59/23
couple [1]  26/24
couples [1]  62/13
course [7]  8/14 25/9 35/5 36/20 36/22 38/15 51/16
court [55]  1/2 1/22 2/2 2/9 2/18 3/4 5/20 6/6 6/7 6/24 7/5 8/7 10/1 10/24 11/2 11/5 11/9 13/4 13/15 13/19 13/19 14/25 16/1 16/5 16/12 23/17 24/22 24/24 30/2 30/3 33/2 33/6 33/22 36/17 37/11 38/6 40/5 40/8 42/8

**C**

court... [16]  42/17 43/13 43/25 44/1 44/21
   47/2 47/14 47/18 50/3 50/6 59/12 61/9
   63/24 64/12 65/22 66/6
Court's [3]  6/21 34/25 65/10
courthouse [2]  63/12 66/6
Courts [3]  13/16 36/9 36/10
CR [1]  1/3
create [3]  31/11 37/16 45/3
created [3]  15/21 23/3 28/22
Creole [2]  17/20 19/1
crimes [1]  65/1
criminal [5]  5/23 8/22 10/9 41/19 64/4
crossed [1]  43/15
CRR [2]  1/21 66/5
Cuba [8]  46/4 46/5 50/21 50/22 51/15 52/6
   59/16 59/17
Cuban [1]  57/23
culpable [1]  49/12
cut [8]  22/21 22/25 45/2 45/5 45/18 45/21
   45/23 46/1
cutting [1]  22/9
cynically [1]  21/2

**D**

Dade [1]  59/23
danger [3]  21/1 21/6 22/23
dangerous [1]  65/2
date [4]  2/11 7/20 54/15 66/5
dated [1]  28/25
daughter [1]  39/17
day [25]  14/16 20/13 42/16 42/19 42/20
   44/8 44/12 44/15 46/15 51/8 51/12 52/20
   53/18 53/19 54/13 54/17 55/15 55/18 55/19
   57/1 60/3 60/12 60/21 61/23 62/1
daycare [1]  19/2
days [8]  3/13 5/25 6/1 7/19 7/20 20/14 56/7
   65/16
deadlocked [1]  30/3
dealing [1]  31/17
dealt [1]  38/18
debt [1]  65/6
December [5]  58/5 58/6 58/7 65/21 65/21
December 24 [1]  58/6
December 24th [1]  58/7
December 2nd [2]  65/21 65/21
decide [1]  52/2
decided [2]  23/8 53/1
deciding [1]  28/3
decision [3]  3/13 8/8 36/4
DeeDee [1]  45/5
deepened [1]  47/3
defendant [25]  1/8 1/18 2/20 10/3 10/21
   17/23 18/20 19/5 26/14 35/21 42/25 43/14
   47/17 47/19 48/19 61/3 63/3 64/1 64/7
   64/10 64/21 64/23 64/25 65/10 65/19
Defendant's [6]  17/3 17/25 23/5 44/5 64/17
   64/20
defendants [6]  20/6 25/21 39/20 40/4 46/25
   47/3
defense [6]  21/16 23/5 24/20 40/21 43/4
   49/25
degree [2]  46/4 46/5
deliberately [1]  20/1
demand [1]  28/23
dementia [5]  21/15 21/17 21/17 46/12

46/16
demons [1]  63/17
denial [1]  54/24
denied [4]  8/16 8/17 9/9 9/11
denies [1]  6/7
department [4]  4/5 4/8 5/7 5/8
depression [1]  55/7
deprived [1]  63/22
describe [1]  62/18
deserved [1]  12/5
deserves [1]  48/23
designated [1]  65/19
detail [1]  17/18
determination [2]  36/18 37/13
determine [5]  16/8 32/25 34/22 35/3 38/6
determined [1]  30/16
determining [1]  42/4
device [1]  65/2
diagnoses [1]  19/14
diane [4]  1/21 1/24 66/5 66/5
did [53]  9/6 9/11 10/21 11/6 11/7 11/13
   13/13 17/8 17/14 17/16 17/21 20/19 21/1
   21/2 22/22 23/14 24/17 24/23 25/10 25/25
   26/3 26/6 27/3 28/3 28/10 29/17 30/1 30/11
   30/17 30/18 34/2 34/5 35/1 37/15 38/19
   38/21 39/3 39/21 43/12 44/24 45/1 45/2
   45/21 47/19 47/24 49/3 49/5 49/14 52/15
   55/18 56/3 56/19 58/22 59/10
didn't [15]  6/2 14/23 14/24 15/18 18/15
   19/3 19/6 21/13 21/18 29/17 30/15 46/10
   47/8 52/6 55/16
die [1]  21/4
died [1]  51/6
difference [3]  5/15 32/22 49/17
differences [1]  8/9
different [9]  4/3 7/3 12/11 25/16 26/16
   31/25 32/6 33/18 42/11
differentiate [2]  24/18 48/21
differently [1]  25/10
differing [1]  12/10
difficult [3]  28/2 36/16 51/15
dime [1]  31/20
diminishes [1]  30/8
Dina [1]  15/21
diploma [1]  51/17
directed [1]  13/15
directly [1]  50/14
director [6]  9/25 43/3 48/5 49/6 49/7 49/18
directs [1]  13/19
disagrees [1]  8/2
discharged [1]  21/2
disclosed [2]  6/18 6/19
disclosure [1]  65/6
discount [6]  32/2 44/7 44/9 44/10 44/11
   45/11
discover [1]  56/16
discreet [1]  11/21
discuss [1]  33/20
discussed [2]  2/23 2/24
discussing [1]  29/7
discussion [1]  18/8
disease [1]  46/12
disparity [1]  39/20
dispute [2]  5/18 31/14
disputed [1]  5/20
distinct [1]  7/9
distinction [4]  32/20 35/23 35/24 47/24

DISTRICT [7]  1/2 1/2 1/12 13/16 36/10
   48/9 64/24
divested [1]  36/2
DNA [1]  65/4
do [46]  6/2 6/9 11/6 14/20 16/21 18/3 18/18
   19/16 22/13 23/18 23/21 24/6 24/9 24/17
   24/23 32/16 35/20 36/12 37/9 37/15 41/22
   41/23 44/16 45/21 47/22 48/9 51/10 51/15
   52/2 52/10 53/2 53/10 53/10 53/11
   53/11 54/23 56/8 56/9 56/11 59/7 59/8
   60/21 63/13 64/18 65/12
docket [3]  3/5 3/5 64/4
doctor [3]  51/9 51/10 52/6
documentation [3]  22/9 22/14 23/6
documents [4]  20/4 22/6 36/23 47/9
does [4]  31/5 44/1 64/8 65/10
doesn't [6]  14/3 22/13 33/12 33/17 55/13
   62/5
doing [6]  18/21 52/13 53/19 54/20 56/1
   60/14
dollars [1]  63/23
Dominican [1]  52/17
don't [30]  6/11 8/5 9/21 14/19 19/16 19/18
   20/24 21/22 21/24 21/25 25/10 25/11 29/20
   31/10 31/14 32/20 37/8 40/11 40/13 42/8
   43/2 44/4 50/18 53/11 53/23 54/3 62/18
   63/1 63/14 63/15
donated [1]  62/13
done [9]  7/5 14/4 15/10 27/15 27/20 30/14
   31/1 32/5 35/8
doubt [2]  23/9 23/14
down [2]  9/25 13/22
downplay [1]  20/3
Dr [3]  9/25 10/2 55/7
draft [1]  6/18
drawing [1]  18/8
dream [2]  52/18 61/25
drinking [1]  43/7
drive [2]  22/20 63/12
driven [1]  21/17
driver [1]  39/16
driving [2]  58/9 58/9
drug [3]  20/11 20/25 63/17
drugs [1]  19/21
drunk [1]  19/22
due [2]  4/24 7/20
during [12]  4/19 8/14 25/5 29/16 30/17
   35/5 36/20 38/15 43/18 53/20 64/6

**E**

each [2]  8/1 22/19
earlier [1]  38/6
early [2]  21/16 51/1
earnings [1]  64/12
easier [2]  54/18 55/4
easy [1]  56/12
eating [1]  43/7
Edwards [1]  21/20
effect [1]  43/8
effective [1]  56/22
egregious [1]  21/11
either [4]  3/8 22/6 25/1 47/8
elderly [2]  21/12 46/16
element [1]  4/24
eligibility [2]  15/4 16/6
eligible [6]  11/19 13/22 29/19 30/17 31/24
   34/17

**E**

Elmo [1]  16/11
elocute [1]  41/25
else [13]  8/18 17/3 23/4 31/4 33/19 41/13
 41/21 41/22 41/23 49/25 53/16 57/11 63/8
else's [1]  4/22
employed [1]  23/16
employees [1]  60/1
employment [1]  65/6
end [4]  11/15 27/18 31/3 63/13
enhancement [16]  6/17 7/9 7/12 10/5 33/14
 40/11 40/16 40/23 41/14 42/8 42/9 43/25
 44/3 46/19 47/14 47/19
enhancements [2]  41/22 41/24
enough [2]  37/20 58/3
enriched [1]  63/20
entire [10]  10/17 10/23 23/16 24/8 29/23
 31/2 32/9 35/2 36/24 39/19
entirety [2]  27/1 48/12
entitled [3]  5/18 12/15 66/4
entry [4]  3/5 3/5 6/13 64/4
enumeration [1]  24/24
equities [1]  10/5
escapes [1]  26/2
especially [1]  51/6
ESQ [2]  1/18 1/18
essentially [1]  19/2
establish [2]  16/2 39/9
establishing [1]  24/11
esteem [1]  56/14
estimate [2]  13/20 13/22
ether [1]  4/18
Europeans [1]  58/7
even [19]  7/24 11/21 11/23 15/16 17/10
 17/13 19/23 24/7 24/20 27/14 34/6 35/11
 35/13 43/4 43/17 49/18 52/9 62/5 63/6
event [1]  34/6
events [1]  44/13
ever [2]  62/3 62/18
every [21]  24/18 26/14 31/19 33/4 33/24
 50/24 53/18 53/19 55/10 55/15 55/18 55/19
 57/1 57/2 57/4 59/22 60/3 60/21 61/23 63/5
 63/12
everybody [2]  50/10 52/8
everyone [6]  11/7 21/20 31/4 32/12 33/18
 37/2
everything [5]  29/17 30/13 30/25 34/10
 52/14
evidence [27]  4/23 4/23 5/10 14/3 16/11
 17/2 17/23 19/19 30/5 35/6 36/20 36/21
 38/14 38/19 39/7 39/8 41/5 42/14 44/7 44/8
 44/9 44/10 44/11 44/16 44/17 44/18 63/8
exact [5]  6/11 13/23 45/8
exactly [2]  18/22 18/22
example [7]  18/19 19/3 19/12 19/12 43/14
 43/21 58/5
examples [3]  19/22 22/10 42/18
except [1]  37/2
excluding [1]  7/20
excuse [2]  43/16 43/16
exhibit [5]  14/14 16/13 17/25 28/4 42/22
Exhibits [1]  24/4
exist [1]  15/13
existence [1]  38/23
expected [2]  15/14 23/10
expensive [1]  15/12

experience [1]  20/15
expert [1]  21/10
explain [1]  28/13
explained [2]  22/14 56/20
exploit [1]  22/4
express [4]  52/11 52/12 57/8 58/3
extrapolate [1]  35/8

**F**

F.3d [1]  11/1
face [2]  55/14 61/20
facility [1]  65/19
fact [29]  2/22 5/19 5/21 10/24 11/5 11/7
 11/20 12/2 12/7 12/9 12/14 14/1 17/16 19/8
 21/18 22/16 24/20 29/1 31/2 32/18 33/11
 34/17 35/11 38/24 40/4 46/9 63/19 63/21
 65/11
factor [1]  34/21
factors [1]  37/5
factory [1]  49/8
facts [2]  5/13 9/21
failed [1]  5/25
failure [3]  6/4 20/11 56/23
Fair [1]  37/20
fairness [3]  7/12 9/20 10/5
faith [1]  50/23
fake [5]  22/9 45/1 47/4 49/4 49/8
faking [2]  23/1 23/1
fall [1]  21/25
false [8]  15/8 16/2 22/6 37/16 45/1 45/2
 45/4 45/5
falsify [1]  37/15
family [14]  50/23 51/3 51/9 51/13 52/16
 56/15 57/24 58/21 59/4 59/16 61/22 62/1
 62/15 62/25
far [10]  7/8 7/10 7/16 9/15 26/25 27/21 32/9
 42/2 43/17 46/19
favorite [1]  60/23
fax [1]  66/8
FDR [1]  60/23
feature [1]  28/5
fed [1]  59/2
Federal [2]  34/20 62/11
feel [4]  53/21 56/20 56/22 62/12
feelings [1]  57/8
fell [1]  48/8
Ferguson [1]  66/6
few [3]  8/14 39/3 57/12
field [2]  53/8 54/22
filed [16]  3/3 3/3 3/6 3/7 3/16 3/17 3/20
 3/24 4/5 4/6 5/9 6/12 6/14 7/16 7/18 65/16
filing [2]  6/10 8/4
film [1]  43/11
final [2]  7/4 34/24
finally [1]  46/2
financial [2]  64/19 65/5
find [8]  17/10 28/25 35/21 37/7 37/8 39/3
 52/22 63/5
finding [2]  5/20 65/10
findings [1]  44/22
fine [4]  21/17 32/19 32/19 33/11
finished [1]  51/17
firearm [1]  65/2
first [15]  6/16 10/14 12/6 12/12 16/10 16/17
 17/19 18/7 24/1 36/6 39/15 50/13 52/20
 59/14 59/24
fits [1]  14/17

five [4]  39/24 40/5 51/16 60/5
fixed [1]  58/23
FL [2]  1/23 66/7
FLORIDA [4]  1/2 1/6 1/17 1/19
flsd.uscourts.gov [1]  1/24
follow [1]  6/3
following [3]  28/6 28/11 65/5
follows [2]  33/16 64/7
food [1]  58/19
foregoing [1]  66/2
foreseeable [2]  22/12 27/19
forgot [1]  34/7
forgotten [1]  34/5
form [1]  20/5
forma [1]  65/18
formal [2]  7/13 9/21
forms [1]  46/12
forth [1]  39/17
forward [3]  8/17 9/24 59/19
found [9]  29/21 29/24 32/23 34/17 38/8
 39/5 47/15 49/15 58/1
four [7]  14/16 24/16 27/10 30/1 30/18 38/17
 42/11
frankly [2]  6/24 32/5
fraud [19]  11/8 13/7 13/21 20/5 21/11 22/5
 23/10 23/15 29/22 31/16 34/13 36/7 36/9
 36/14 36/24 37/17 37/24 47/3 48/20
fraudsters [1]  47/9
fraudulent [4]  36/16 38/15 38/23 38/24
fraught [1]  36/14
free [1]  60/14
freedom [3]  52/11 52/11 52/11
frequently [1]  16/13
Friday [1]  3/7
friend [4]  57/14 57/19 61/15 62/23
friends [4]  58/22 59/4 59/18 59/18
friendship [1]  62/20
front [7]  3/4 26/12 56/25 57/7 58/14 59/12
 59/12
fulfill [1]  61/25
full [4]  11/20 35/17 35/22 61/23
full-time [1]  61/23
fully [1]  57/22
functioning [1]  16/21
further [3]  16/6 48/22 64/1
future [1]  22/21

**G**

gained [1]  62/25
gains [1]  64/19
gave [4]  17/18 22/20 30/3 44/12
generated [1]  29/13
get [15]  3/2 7/1 17/16 19/19 20/7 21/7 21/25
 33/12 44/3 51/14 55/17 56/13 56/19 58/19
 58/19
gets [1]  58/17
getting [4]  20/18 22/17 22/23 49/9
give [7]  16/1 37/19 53/9 58/5 61/9 63/11
 63/11
given [3]  5/3 20/20 58/4
gives [1]  61/19
giving [1]  62/7
glad [3]  29/12 33/2 43/6
go [16]  16/7 16/17 17/17 19/16 21/6 21/8
 32/2 33/16 36/5 36/6 42/17 50/11 52/2 53/2
 58/14 58/18
goal [1]  6/20

## G

goes [2]  36/4 55/14
going [35]  2/25 3/18 9/7 9/15 9/16 12/17
 13/25 15/5 16/5 16/10 16/17 17/17 28/12
 30/6 32/1 32/2 32/8 35/21 36/13 37/16
 37/25 38/10 39/11 43/24 49/2 50/5 53/7
 53/9 55/17 58/5 59/14 60/22 61/6 63/7
 63/15
good [11]  2/5 5/12 38/3 38/4 50/8 51/11
 53/9 53/21 56/4 56/4 57/15
got [16]  6/3 12/14 17/19 20/22 22/16 25/22
 27/22 32/12 32/13 32/18 41/9 48/24 49/2
 50/15 52/20 53/4
gotten [1]  3/8
GOVERNMENT [92]
Government's [26]  3/25 4/2 6/12 6/20 8/7
 9/16 13/18 14/1 14/14 16/3 16/12 17/1
 17/18 19/5 19/17 22/1 41/21 42/3 42/13
 42/15 44/3 46/3 46/8 46/18 46/21 48/22
grabbed [1]  58/24
graduation [2]  43/5 43/11
grandmother [1]  51/3
granted [1]  11/2
great [1]  63/8
gross [1]  64/11
group [7]  14/8 18/8 18/11 19/9 23/1 44/25
 45/3
groups [1]  14/18
grow [1]  62/6
grown [1]  61/18
guess [3]  6/10 31/8 33/15
guideline [2]  8/23 8/24
guidelines [7]  5/2 8/10 9/1 9/15 10/9 33/7
 33/8
guilt [1]  32/16
guilty [9]  29/22 30/8 32/14 32/17 32/19
 32/21 32/23 37/10 37/22
guy [4]  58/14 58/25 59/1 59/2

## H

had [36]  2/24 3/1 3/8 3/17 7/4 7/10 11/20
 15/21 17/12 19/13 26/23 28/2 28/7 34/8
 34/17 38/12 40/18 40/18 43/4 45/14 46/4
 46/5 47/22 51/5 51/19 52/9 52/9 52/16
 53/15 57/2 57/3 59/22 59/23 59/24 61/23
 62/24
Haitian [7]  11/24 14/19 17/19 17/20 17/25
 19/1 20/17
Haitian/Creole [1]  17/20
half [1]  48/20
Hamer [1]  9/23
handle [1]  62/9
handwriting [1]  23/2
happen [3]  14/24 26/18 31/13
happened [3]  14/5 14/21 53/22
happens [2]  21/6 51/25
happy [2]  52/6 58/21
hard [8]  52/15 52/15 52/19 53/18 54/25
 54/25 55/3 55/16
hardly [1]  59/15
hardworking [2]  58/2 62/2
harp [1]  39/4
has [40]  3/4 6/3 6/2 6/24 9/23 10/4 10/10
 12/14 13/15 13/24 16/5 17/6 17/9 23/8
 23/13 23/17 25/17 27/20 27/21 29/9 29/20
 31/13 32/15 33/23 35/20 36/8 36/11 37/2
 37/9 40/11 42/8 43/25 47/2 47/10 49/4 62/2
 62/7 62/20 62/22 64/21
hasn't [1]  6/20
have [88]
haven't [2]  34/1 40/22
having [1]  50/9
HAYES [18]  1/15 2/5 4/17 6/9 9/2 11/24
 12/4 12/17 13/3 13/6 23/18 28/2 28/4 29/15
 35/16 40/8 44/4 47/5
he [149]
he's [1]  29/19
head [3]  10/1 25/11 61/21
head-on [1]  61/21
health [12]  14/19 15/13 18/13 18/16 19/7
 19/14 19/15 22/25 52/25 55/13 55/14 65/7
hear [6]  40/9 41/24 44/2 50/10 50/11 63/16
heard [6]  3/6 11/9 16/16 30/20 40/22 44/5
hearing [1]  1/11 3/14 8/13 8/17
heart [2]  62/3 63/1
held [13]  10/22 11/20 12/10 25/23 26/16
 27/21 30/13 31/1 31/19 33/4 35/12 35/13
 35/15
hello [3]  32/14 60/4 61/15
help [13]  16/8 20/7 25/12 38/6 45/13 52/3
 52/21 55/18 55/23 59/15 59/16 60/1 60/11
helped [6]  22/3 22/5 43/6 55/19 60/7 60/17
helping [7]  37/16 47/9 53/16 54/19 60/5
 60/14 60/15
helpless [1]  22/1
her [6]  3/1 10/1 26/4 34/7 39/16 39/17
here [20]  4/19 10/7 10/11 14/2 14/4 17/6
 17/19 32/12 50/5 50/13 50/13 52/23 53/15
 55/1 56/25 57/7 57/16 57/17 58/20 59/10
hereby [1]  66/2
heroin [1]  21/7
Hey [1]  6/1
high [5]  19/22 19/24 35/12 51/16 51/17
higher [2]  9/3 37/10
him [33]  15/22 18/24 20/21 20/22 22/12
 22/20 23/23 25/1 29/25 30/1 30/1 32/8
 37/18 37/19 58/3 58/13 59/3 59/15 60/4
 60/6 60/9 60/12 60/15 61/16 61/16 61/18
 61/23 62/4 62/6 62/9 62/16 62/24 63/1
himself [13]  7/2 22/6 23/1 23/2 42/25 45/2
 45/3 45/21 47/15 58/12 59/3 61/24 65/20
HIPAA [1]  43/17
his [46]  7/18 15/15 18/25 20/15 22/6 22/24
 23/2 23/20 23/23 29/16 33/17 35/24 36/2
 36/4 39/13 40/1 40/3 41/25 43/16 45/1 47/3
 49/8 49/20 57/20 57/24 57/24 59/1 59/16
 59/17 59/17 60/4 60/6 60/14 60/16 61/3
 61/19 61/25 61/25 62/1 62/10 62/15 62/19
 62/20 62/21 63/3 64/21
history [3]  8/22 10/9 41/19
hold [3]  25/25 31/12 32/8
holiday [1]  58/8
honest [4]  58/2 61/17 62/2 62/19
Honor [90]
HONORABLE [1]  1/11
hope [3]  3/4 16/12 41/8
hospital [2]  52/25 53/1
hours [4]  54/12 61/7 61/8 64/23
house [3]  58/10 58/19 58/23
how [14]  8/9 13/15 26/5 29/10 29/11 31/5
 36/14 37/15 38/6 45/8 57/15 58/3 60/12
 62/12
however [2]  13/24 47/15

## I

human [3]  51/2 51/6 52/12
hurt [2]  21/25 57/5

## I

I'll [5]  16/18 26/14 42/2 42/3 43/23
I'm [51]  4/17 6/6 8/21 9/7 9/15 9/16 9/24
 9/25 10/25 13/25 14/22 14/23 15/3 15/5
 16/5 16/10 16/17 17/17 24/5 24/18 25/20
 25/21 26/13 28/12 30/9 30/24 31/8 33/2
 37/1 37/1 37/12 40/20 41/7 41/18 43/6 43/7
 43/24 44/1 44/16 50/9 50/13 52/5 57/17
 58/5 60/14 60/14 60/15 60/22 60/24 61/15
 62/17
I've [6]  53/5 53/6 54/17 55/24 59/9 59/13
idea [1]  52/18
identify [2]  42/23 47/9
ignore [4]  45/15 45/18 46/14 63/5
ignored [1]  5/24
illegitimate [1]  13/10
immigration [2]  18/12 19/6
important [6]  11/21 12/8 15/6 22/15 57/24
 58/3
impose [2]  3/7 40/5
imposed [3]  33/21 40/3 65/16
improve [1]  34/5
inappropriate [1]  31/1
incarceration [2]  64/6 64/10
inception [1]  49/3
include [1]  24/12
included [1]  40/13
including [5]  16/15 16/25 19/5 49/10 65/5
income [1]  64/20
inconsequential [1]  5/21
increase [1]  40/25
increased [1]  17/15
indeed [1]  35/22
independent [1]  32/16
index [1]  7/4
indicate [2]  4/1 12/13
indicated [7]  2/25 3/18 6/17 11/11 11/13
 11/18 41/6
indicates [2]  29/1 41/9
individual [2]  36/15 46/7
individualized [2]  14/15 22/18
individuals [9]  11/10 24/12 32/24 35/24
 40/3 44/11 44/18 48/3 57/13
informally [1]  2/23
information [3]  16/23 38/11 38/22
inmates [1]  62/11
inner [1]  56/16
innocence [2]  32/16 40/1
inside [2]  55/14 56/16
insidious [1]  20/5
instance [1]  5/19
instances [3]  6/23 12/17 12/19
instructed [1]  20/2
insurance [1]  63/14
intake [2]  16/24 21/13
intelligent [1]  46/7
intensive [2]  14/15 15/12
intent [3]  28/16 29/4 29/5
intention [1]  54/7
interruption [1]  3/22
involved [1]  49/19
involvement [1]  47/3
iron [1]  8/14
Irrespective [1]  42/12

**I**

is [234]
isn't [8]  4/12 14/5 14/7 14/9 19/15 20/14
  20/14 23/3
issue [29]  4/7 5/7 6/5 6/6 8/4 13/2 13/7
  13/25 15/6 16/8 20/10 23/7 27/25 28/17
  28/20 29/24 32/7 32/17 32/20 32/21 36/4
  36/7 38/8 39/4 39/19 59/25 60/6 61/10
  61/11
issues [5]  7/18 7/23 33/2 36/9 42/10
it [148]
it's [5]  9/17 16/11 16/15 52/10 55/8
its [5]  6/15 13/24 18/15 19/13 42/6

**J**

J.P [1]  59/21
Jackson [13]  11/12 12/1 15/20 20/21 22/9
  22/24 30/20 30/20 30/24 32/4 32/4 48/6
  48/7
jail [2]  21/8 30/24
James [1]  21/20
Jesifra [1]  19/1
JIM [2]  1/15 2/5
Joan [3]  52/9 26/25 44/25
JOAQUIN [2]  1/18 2/8
job [4]  53/17 54/21 57/2 64/8
jobs [2]  59/15 61/23
John [1]  22/19
joint [1]  64/3
JOSE [37]  1/7 1/18 2/3 2/8 6/17 10/3 15/14
  17/1 18/20 20/14 20/19 20/20 22/2 22/11
  23/9 39/10 39/11 48/13 57/19 57/22 58/2
  58/9 58/11 58/13 58/13 59/5 59/7 59/8
  59/14 60/3 60/12 60/19 62/2 62/15 62/23
  63/1 63/24
Jose's [2]  60/2 61/15
JOSE-CARLOS [2]  1/18 2/8
Jr [1]  66/6
JUDGE [8]  1/12 15/1 26/12 33/6 47/1
  47/14 47/18 59/12
Judges [1]  48/9
judgment [2]  47/7 63/24
July [2]  34/6 42/12
July 4th [2]  34/6 42/12
jury [10]  17/24 28/2 29/21 29/21 29/24
  29/25 30/1 30/4 32/23 39/5
jury's [1]  38/19
just [39]  4/5 5/22 9/2 9/7 9/22 12/3 16/10
  16/17 18/6 19/7 23/3 24/3 24/10 26/14
  32/11 34/24 36/1 39/13 43/13 44/20 45/8
  45/23 46/8 48/21 50/19 54/10 55/11 56/16
  56/24 57/8 59/15 59/16 60/4 61/8 61/10
  62/4 62/6 62/8 62/12
justice [6]  3/19 4/7 5/14 33/14 49/15 63/9
justify [1]  17/24

**K**

Kalfus [8]  18/19 25/7 26/1 26/3 26/25 27/8
  27/9 44/25
kept [1]  26/7
key [1]  16/11
kickbacks [3]  20/18 20/20 20/23
kind [3]  29/15 30/4 63/10
kinds [1]  17/4
knew [11]  15/20 15/25 20/14 20/16 20/21
  21/21 22/11 23/6 23/9 35/16 53/13

know [31]  12/19 16/16 20/22 21/13 21/18
  21/25 22/12 23/10 23/14 23/18 25/6 25/10
  25/24 29/11 29/23 38/25 39/5 40/11 42/8
  45/5 46/10 50/14 50/15 50/18 50/21 53/23
  56/20 57/9 60/22 60/22 61/18
knowing [1]  58/1
knowledge [5]  5/11 5/13 5/15 5/16 17/3
known [6]  8/1 15/14 19/8 61/15 61/16 62/3
knows [2]  6/25 46/7
Kushner [2]  9/25 10/2

**L**

Lakiesha [1]  2/24
language [1]  45/8
largest [2]  59/20 59/21
last [4]  3/7 16/17 22/8 53/5
Lastly [1]  21/12
late [2]  7/22 50/4
later [4]  21/17 27/12 33/20 53/1
Latins [1]  58/6
law [3]  10/24 13/7 27/17
LCD [1]  14/14
learned [1]  59/5
least [1]  26/22
leave [5]  52/9 52/14 52/16 63/12 65/17
leaving [1]  37/1
left [6]  18/2 21/2 27/16 27/23 54/16 56/15
legal [3]  13/18 32/21 36/3
legally [2]  27/14 36/8
legitimate [1]  13/9
length [1]  48/24
lent [1]  59/17
less [2]  12/11 27/11
lesser [1]  35/13
let [4]  18/23 36/6 47/5 57/9
let's [1]  8/17
letter [3]  51/3 53/24 54/10
level [7]  8/22 9/17 10/8 33/13 40/16 40/25
  41/19
levels [1]  32/6
liable [1]  23/15
license [1]  53/4
lie [3]  43/14 43/15 46/10
lied [1]  45/20
life [18]  50/19 50/25 51/2 51/4 51/5 51/25
  53/5 53/9 53/14 55/8 55/15 55/18 59/1
  60/16 60/20 60/20 61/19 62/20
life's [1]  61/21
like [22]  2/18 3/10 4/17 4/22 5/22 11/25
  12/16 14/8 15/22 29/2 31/9 32/11 34/12
  39/1 45/24 46/8 47/25 48/3 49/18 50/2 50/6
  53/9 56/21 56/23 57/6 60/3 65/13
limit [1]  24/8
line [1]  56/14
link [2]  39/8 39/10
listened [2]  52/13 59/1
listening [1]  28/1
little [3]  34/12 50/4 58/11
lives [1]  21/5
local [7]  2/21 2/23 5/22 6/4 7/10 7/15 7/19
logical [1]  35/23
long [4]  26/5 40/2 49/9 55/8
longer [1]  48/14
look [8]  13/16 24/9 25/9 32/5 32/23 36/8
  36/17 56/12
looked [2]  14/8 27/3
looking [4]  34/10 52/21 52/21 58/13

loss [14]  10/15 10/16 10/17 10/17 13/8
  13/16 13/20 16/2 26/1 26/20 26/21 27/2
  27/22 31/2
lost [1]  51/2
lot [6]  13/6 16/16 17/18 21/23 54/13 60/22
love [8]  18/3 18/4 53/11 56/9 56/10 56/16
  62/6 62/16
loved [2]  51/2 57/4
low [2]  16/21 56/14
lower [1]  26/5
loyal [1]  62/19
Lucia [4]  18/17 26/25 39/16 44/25
luxuries [1]  53/15
luxury [1]  51/25

**M**

Ma'am [1]  61/13
Macli [3]  26/11 26/15 47/25
made [10]  3/15 7/25 7/25 39/12 52/3 55/17
  62/12 62/20 62/22 64/7
mailing [1]  7/20
major [1]  58/8
majority [4]  17/6 17/13 18/25 19/10
make [20]  3/13 5/20 6/7 13/19 29/2 32/20
  34/24 36/10 36/18 37/6 37/25 39/14 44/1
  44/21 47/7 47/24 51/23 52/19 56/12 64/16
making [6]  8/8 9/21 37/1 37/12 37/12 39/15
malingering [1]  34/17
mall [1]  58/11
malpractice [1]  51/7
man [1]  58/12
management [2]  28/21 29/6
manager [2]  52/24 59/20
mandatory [1]  3/14
manner [1]  65/11
manual [2]  15/17 15/21
many [14]  6/1 11/9 11/13 11/14 12/2 12/6
  14/25 15/24 21/1 21/18 50/22 53/21 55/7
  62/12
March [6]  16/14 28/14 28/15 28/25 29/13
  29/13
March 4th [1]  16/14
March 6th [3]  28/15 28/25 29/13
March 9th [2]  28/14 29/13
MARCIA [1]  1/11
marked [1]  28/12
MARLENE [2]  1/15 2/6
Marshal [1]  65/20
massive [1]  15/10
master [3]  25/2 49/3 49/5
masters [2]  46/5 53/4
matter [9]  8/9 8/10 14/4 24/15 24/15 41/9
  61/20 63/7 66/4
matters [5]  2/12 2/17 2/19 4/21 29/7
maximum [6]  8/25 9/3 10/11 46/22 48/23
  49/22
may [13]  2/10 9/13 10/13 13/6 13/12 28/13
  33/16 33/18 35/1 48/11 50/21 64/12 65/17
maybe [5]  7/4 20/24 25/11 44/6 60/5
McGinty [2]  38/11 38/12
me [40]  3/2 25/12 25/20 26/2 36/6 42/17
  43/6 44/6 47/5 47/23 48/15 50/10 50/15
  51/4 52/14 52/15 53/23 54/13 55/1 55/4
  55/4 55/15 55/18 55/20 55/22 56/2 56/7
  56/17 58/9 58/13 58/18 58/18 58/22 59/24
  62/16 62/19 62/20 62/21 62/21 62/22
mean [8]  12/16 13/10 23/21 29/24 30/10

## M

mean... [3]  30/15 33/17 44/5
means [9]  24/17 25/22 40/15 40/23 40/25 41/4 41/11 47/4 62/18
medical [5]  9/25 46/4 51/7 51/14 63/14
Medicare [7]  13/7 13/21 15/13 18/10 25/4 27/6 36/9
medicine [1]  46/5
Medina [1]  11/1
meetings [3]  15/17 20/1 20/13
members [1]  22/4
memo [7]  16/14 16/20 16/25 28/22 29/6 29/13 53/23
memorandum [18]  3/4 3/16 6/10 6/12 6/15 7/16 7/18 7/22 8/3 8/5 12/13 28/11 28/14 28/15 28/25 41/8 42/6 47/21
memorandums [1]  7/17
memory [2]  48/15 53/25
mental [11]  14/19 15/12 18/13 18/16 19/7 19/14 19/15 52/25 52/25 55/13 55/14
mention [1]  28/3
mentioned [3]  28/4 33/10 39/19
merely [2]  8/7 39/11
message [3]  30/4 56/12 56/19
met [1]  59/14
method [1]  27/9
MIAMI [10]  1/6 1/17 1/19 1/22 1/23 59/23 59/23 63/14 66/7 66/7
Miami-Dade [1]  59/23
microphone [2]  28/19 50/9
might [2]  9/14 36/12
Milieu [46]  10/24 12/25 14/6 14/21 14/23 15/3 17/4 17/8 17/12 17/22 18/23 19/4 20/4 20/6 21/20 22/4 22/23 23/11 23/15 26/21 27/5 29/7 30/14 31/20 36/13 36/14 36/24 39/14 39/15 47/23 48/12 48/13 48/19 53/17 54/8 54/11 54/12 54/14 54/16 54/21 55/1 55/6 55/6 55/17 55/25 57/2
Milieu's [2]  17/14 19/10
miller [4]  1/21 1/24 66/5 66/5
millionaire [1]  51/24
millions [1]  63/22
mind [3]  29/4 29/5 29/5
mine [1]  57/5
minimize [1]  20/3
minimized [1]  20/1
minor [13]  32/10 32/12 32/13 32/25 33/10 33/18 35/21 37/6 37/8 37/18 37/19 37/23 37/24
minus [1]  35/15
minute [1]  36/17
minutes [6]  8/15 14/16 59/1 59/2 60/5 61/9
mirror [1]  7/25
misbehavior [1]  57/6
Miss [1]  25/7
Miss Whatever [1]  25/7
mission [1]  52/7
mistake [1]  9/14
mix [1]  13/9
model [1]  57/24
modern [1]  45/6
mom [1]  60/15
moment [2]  13/25 63/20
Monday [3]  3/17 65/21 65/21
money [14]  17/15 24/21 26/16 28/23 35/3 39/12 39/14 39/15 51/24 53/12 53/12 54/8

59/17 63/18
monitor [4]  22/16 22/16 64/15 64/16
month [2]  52/4 52/5
monthly [1]  64/11
months [16]  8/23 8/24 9/3 10/10 10/12 46/23 47/11 47/16 47/18 48/17 48/18 48/24 49/22 52/17 52/23 63/25
more [22]  7/3 11/21 11/21 15/12 15/24 17/2 17/15 24/5 28/23 29/11 32/10 38/9 44/2 49/9 49/12 49/19 52/4 54/7 61/5 61/8 62/16 65/8
Morgan [1]  59/21
morning [9]  2/5 4/6 5/9 38/3 38/4 50/8 54/2 57/15 60/10
most [15]  16/20 16/20 17/5 17/21 19/3 20/24 22/4 12/25 24/20 24/21 36/23 51/2 59/11 61/18 62/21
mostly [1]  21/20
motion [6]  3/7 3/25 8/2 8/16 8/16 9/8
Motions [1]  9/10
move [4]  8/17 28/1 37/4 54/17
movie [2]  12/18 12/18
movies [1]  18/24
moving [2]  9/24 59/19
Mr [10]  28/2 28/4 29/15 35/16 40/8 41/3 44/4 47/5 50/5 57/15
Mr. [98]
Mr. Alalu [7]  48/24 48/25 49/1 49/6 49/10 49/13 49/19
Mr. Hayes [9]  4/17 6/9 9/2 11/24 12/4 12/17 13/3 13/6 23/18
Mr. Jackson [11]  11/12 12/1 15/20 22/24 30/20 30/20 30/24 32/4 32/4 48/6 48/7
Mr. Macli [1]  47/25
Mr. Perez [12]  2/16 6/25 7/4 7/16 8/12 10/13 27/25 31/5 39/19 41/7 45/1 54/1
Mr. Quindoza [1]  22/14
Mr. Rojo [45]  2/7 2/9 11/6 11/12 11/15 12/7 14/10 16/16 22/22 23/1 23/19 24/15 25/1 25/17 27/9 27/17 31/18 34/11 34/23 38/17 40/1 40/5 40/9 41/25 42/4 42/10 45/2 45/2 45/16 45/20 46/9 46/25 47/2 48/23 49/2 49/3 49/7 49/12 49/18 49/25 50/2 50/6 50/6 50/7 63/10
Mr. Rojo's [7]  4/20 8/8 14/15 22/19 44/13 44/23 57/13
Mr. Villanueva [5]  37/25 38/2 57/11 61/6 63/19
Ms [5]  26/1 26/4 27/11 43/6 43/15
Ms. [7]  18/24 20/2 20/22 25/7 26/3 26/3 26/19
Ms. Charles [2]  18/24 20/22
Ms. Kalfus [2]  25/7 26/3
Ms. Ochoa [1]  26/3
Ms. Tonya [1]  26/19
Ms. Weiss [1]  20/2
much [12]  6/22 21/7 22/25 33/8 48/13 49/2 54/4 55/19 56/2 57/10 61/2 62/16
must [1]  65/16
my [83]
myself [9]  51/13 51/15 51/18 52/11 53/1 53/3 53/19 57/24 60/21

## N

NA [1]  20/14
name [3]  26/2 34/7 47/17
Namenda [2]  46/3 46/7

NE [1]  1/16
near [1]  58/10
necessarily [2]  33/17 44/4
need [8]  11/13 14/19 19/6 24/9 54/4 58/18 59/18 60/1
needed [12]  12/2 16/22 20/7 20/7 20/11 20/25 34/4 55/19 55/20 56/2 56/2 62/13
needs [2]  33/22 34/21
needy [5]  59/8 59/11 59/11 60/17 60/17
negative [1]  62/7
never [24]  3/6 4/15 9/23 15/4 17/7 18/19 20/20 28/13 31/23 39/12 52/3 52/6 53/14 53/14 53/15 54/8 55/15 55/24 57/3 60/6 60/17 61/19 62/7 62/24
nevertheless [3]  38/9 39/23 49/19
new [2]  5/4 65/6
next [8]  6/5 6/6 8/14 27/25 32/7 35/19 35/20 37/4
night [2]  60/9 63/12
nighttime [1]  59/10
no [25]  1/3 4/9 4/24 5/6 5/7 7/10 7/13 20/19 20/20 25/15 29/12 30/9 35/23 40/19 42/15 44/4 49/5 53/12 53/25 54/3 60/14 61/20 61/22 63/20 65/6
nobody [2]  12/5 34/14
non [3]  47/6 47/10 47/12
non-cooperating [3]  47/6 47/10 47/12
none [7]  7/23 14/12 14/21 14/21 16/3 16/4 55/10
noon [1]  65/20
normal [1]  29/8
North [1]  66/7
not [137]
note [2]  25/1 49/8
noted [4]  6/25 10/10 47/2 65/14
notes [25]  23/1 23/20 23/22 24/3 24/19 31/11 35/7 36/16 37/15 37/16 38/14 38/15 38/18 38/23 38/24 39/1 39/2 43/19 44/25 45/1 45/3 45/7 45/9 45/13 47/4
nothing [4]  8/19 14/5 32/15 37/9
notice [2]  28/10 65/16
NOVEMBER [1]  1/5
now [32]  3/16 8/24 11/5 16/5 16/8 16/11 16/18 17/2 23/9 24/24 26/2 26/14 27/17 28/2 28/24 29/1 29/9 29/15 29/19 29/24 30/6 30/9 30/25 31/14 31/17 33/11 33/13 34/10 41/18 43/6 43/22 55/5
number [5]  26/4 31/24 35/6 36/17 39/1
numerous [2]  19/22 22/10
nut [1]  17/10

## O

o'clock [4]  60/9 60/9 60/9 60/10
object [5]  65/10
objecting [1]  41/3
objection [5]  5/21 7/13 9/21 10/14 12/12
objections [12]  2/21 2/22 2/25 3/3 3/12 3/13 4/11 7/11 7/13 7/24 7/25 8/6
obligations [1]  64/20
obscure [1]  58/11
obstructed [1]  49/15
obstructing [1]  4/7
obstruction [15]  3/19 5/1 5/3 5/5 5/14 6/17 7/9 33/14 42/7 42/9 43/25 44/2 46/19 47/14 47/19
obtain [3]  29/10 51/17 54/7
obtained [1]  53/3

**O**

obviate [1]  33/17
obviated [1]  14/1
obvious [3]  17/21 19/3 21/11
obviously [2]  33/20 39/21
occasion [1]  52/10
occasions [1]  11/14
occurred [3]  36/8 36/11 44/15
Ochoa [7]  18/17 26/3 26/25 27/8 27/9 39/16
 44/25
October [2]  7/19 7/21
October 14th [1]  7/19
October 31st [1]  7/21
off [7]  8/21 9/16 19/20 20/9 21/7 25/11
 31/10
offenders [1]  54/19
offense [4]  8/21 9/17 10/8 41/18
offer [2]  52/8 55/11
offering [1]  50/16
office [8]  1/16 7/25 19/7 19/25 21/9 60/4
 64/15 64/24
officer [4]  3/9 3/12 5/3 8/11
Official [2]  1/22 66/6
often [4]  13/9 13/22 14/16 19/16
Okay [2]  37/25 41/17
old [1]  51/9
once [2]  18/2 45/15
one [46]  4/4 5/19 8/22 10/6 10/9 11/16
 11/17 11/18 14/17 15/10 15/12 16/10
 18/5 22/14 24/9 26/12 29/3 30/15 30/16
 32/7 34/6 37/2 38/9 38/25 40/17 41/19
 42/10 43/12 48/8 53/6 54/1 55/10 56/11
 56/18 57/5 57/13 57/18 58/11 60/2 60/12
 60/22 61/5 61/8 61/25 62/1
one-size-fits-all [1]  14/17
ones [3]  28/17 28/20 35/14
only [18]  19/6 23/13 24/4 26/23 26/24 28/25
 30/1 35/1 35/15 39/8 44/14 48/24 52/2
 55/18 55/21 60/24 60/25 61/1
open [1]  56/14
opened [1]  59/19
operating [1]  8/21
operation [1]  35/14
operators [1]  26/15
opinion [2]  8/9 11/2
opportunity [3]  39/13 50/12 57/16
opposed [2]  10/17 48/23
order [5]  28/22 29/3 32/24 36/18 63/6
ordered [1]  64/1
Orlando [2]  58/6 58/17
ostensibly [1]  14/8
other [42]  8/1 12/9 15/24 24/11 24/12 25/6
 25/21 25/25 26/1 32/11 32/18 32/24 33/2
 35/24 36/22 37/14 37/17 38/1 38/21 40/3
 40/18 42/17 42/22 44/7 44/11 44/14 44/18
 45/9 45/12 45/15 46/8 46/12 46/25 47/9
 47/10 47/23 49/5 51/6 54/14 57/13 64/19
 65/2
others [5]  52/3 52/7 52/22 53/16 56/15
others' [1]  47/3
our [12]  16/20 22/4 41/5 41/9 42/2 42/3
 43/23 48/4 51/25 54/7 54/25 58/7
out [17]  3/10 4/18 7/11 8/14 9/18 9/20 10/5
 21/2 25/21 30/23 39/1 43/16 54/17 55/17
 58/14 58/25 59/15
outcome [1]  28/6

outlined [1]  65/8
over [6]  7/17 23/2 28/7 28/9 28/10 61/16
overall [3]  32/9 32/10 33/4
overbilling [1]  15/10
overdose [1]  21/7
overwhelming [2]  30/4 44/7
own [15]  15/15 17/14 59/19 61/25 62/10
owners [2]  26/15 35/11

**P**

P-R-O-C-E-E-D-I-N-G-S [1]  2/1
p.m [2]  65/22 65/23
page [1]  16/18
pages [5]  1/8 3/17 3/21 7/7 7/17
paid [3]  24/20 26/17 49/9
painful [1]  52/14
papers [2]  42/3 43/23
paragraph [5]  10/14 16/18 41/1 41/4 41/12
paragraphs [1]  40/24
park [1]  58/14
part [6]  29/2 34/19 36/23 54/21 63/23 65/8
participate [1]  20/19
participation [1]  11/21
particular [4]  5/19 10/19 38/16 44/8
particularized [1]  44/22
particularly [2]  13/7 20/5
parties [1]  3/11
partner [2]  57/14 57/19
parts [1]  2/3
party [1]  42/20
paste [5]  22/21 45/3 45/21 45/24 46/1
pasted [2]  22/25 45/18
pasting [2]  22/10 45/5
patient [12]  15/18 20/17 22/16 22/19 24/19
 33/24 43/5 43/18 55/5 55/12 57/4 57/5
patients [54]  10/22 11/17 11/18 11/19 11/24
 12/21 13/10 13/12 14/7 14/11 14/18 14/19
 14/23 15/5 16/21 17/4 17/11 17/20 17/20
 17/21 18/11 18/17 19/3 19/9 19/10 19/11
 20/16 20/17 20/23 20/25 21/12 21/18 21/22
 23/22 24/2 24/23 24/25 30/16 30/16 31/23
 32/3 35/1 36/15 36/18 43/1 54/13 54/18
 54/23 55/2 55/5 55/9 55/22 56/12 62/10
pauperis [1]  65/18
pay [4]  64/1 64/11 64/17 65/17
payed [1]  25/19
paying [1]  53/19
payment [6]  28/18 28/21 64/6 64/12 64/15
 64/16
payments [1]  64/18
people [49]  11/9 11/13 11/25 12/6 12/10
 12/14 14/20 19/4 19/13 19/22 20/6 24/10
 24/12 25/6 29/18 30/22 30/23 31/9 31/10
 31/11 31/12 31/12 32/18 33/4 34/4 34/5
 34/16 44/14 46/12 47/7 47/25 51/10 51/11
 53/2 53/6 53/11 54/14 56/14 56/14 56/15
 56/19 59/8 59/10 62/4 62/6 62/8 63/11
 63/13 63/22
people's [1]  21/5
per [1]  64/8
percent [4]  16/20 35/16 64/7 64/11
perception [1]  51/5
PEREZ [13]  1/18 2/8 2/16 6/25 7/4 7/16
 8/12 10/13 26/4 26/20 27/11 27/25 31/5
 39/9 39/19 41/3 41/7 44/24 45/1 45/13
 45/13 45/14 54/1
Perez's [1]  39/10

Perez-Valledor [1]  26/4
Perez-Valledor's [1]  26/20
perfectly [1]  29/8
performed [1]  35/9
perhaps [2]  38/10 40/21
period [2]  25/5 64/6
perjured [2]  42/25 47/15
perjurious [2]  43/22 49/16
perjury [2]  42/18 43/21
permeated [1]  23/15
persistent [1]  19/18
person [15]  17/7 34/6 44/14 50/17 58/2
 58/15 59/2 59/24 60/8 60/11 61/5 61/17
 62/2 62/22 64/23
personal [1]  51/19
personally [3]  23/20 24/10 63/20
pertains [2]  33/9 33/21
phone [1]  60/11
phony [1]  44/25
photographic [1]  44/9
photographs [2]  42/23 44/17
PHP [30]  11/19 14/13 14/21 15/3 15/7
 15/11 15/12 15/17 15/18 15/25 16/4 16/24
 17/8 17/11 17/24 18/7 18/8 18/9 19/4 19/18
 22/3 22/12 22/13 22/15 30/19 31/24 34/8
 34/14 54/19 56/22
physical [1]  44/17
picked [2]  7/8 60/10
picture [3]  42/23 42/24 42/24
pictures [5]  43/1 43/2 43/10 43/12 55/9
piece [1]  17/2
pieces [1]  16/11
pillar [1]  62/15
place [3]  12/6 21/22 52/19
placed [1]  64/22
places [1]  51/24
Plaintiff [1]  1/5
plans [16]  22/18 22/20 22/24 23/2 23/3 24/2
 24/4 24/11 24/19 25/2 45/19 45/21 45/25
 46/1 49/3 49/5
played [9]  12/18 12/18 18/24 19/1 32/9
 32/24 32/25 33/10 43/13
plea [2]  32/11 39/21
pleading [2]  37/22 41/10
please [9]  13/1 16/7 28/19 35/19 38/2 61/4
 61/11 63/1 63/4
pleasure [1]  51/21
pled [5]  32/14 32/17 32/19 32/21 37/10
plucked [1]  4/18
podium [1]  13/5
point [7]  3/10 22/8 34/24 35/1 38/25 43/24
 60/16
points [1]  18/6
poor [3]  50/22 50/23 51/20
population [2]  51/20 54/25
position [12]  3/25 4/2 4/9 5/7 5/9 6/9 14/1
 16/3 22/2 41/9 42/13 54/14
positions [2]  8/12 8/13
positive [1]  61/20
possess [1]  65/2
possessing [1]  65/1
possession [2]  28/11 29/11
possible [2]  23/20 44/22
potential [1]  3/12
practical [1]  24/15
practice [2]  60/2 62/11
practiced [2]  46/4 51/18

**P**

practicing [2]  53/6 54/16
pray [1]  54/5
preclude [1]  64/18
prepare [3]  56/7 56/17 56/18
prepared [3]  38/15 39/2 44/16
preponderance [3]  23/13 24/22 42/13
present [6]  2/9 5/10 28/24 44/12 44/19
 46/14
presented [12]  3/1 16/13 17/23 19/21 22/11
 24/4 35/6 36/20 36/23 36/23 38/20 43/4
presentence [3]  4/3 41/1 65/8
presents [1]  59/5
preserve [1]  65/13
presidents [1]  60/23
prevent [1]  4/25
primary [1]  11/12
principal [1]  31/2
principle [1]  52/18
principles [1]  50/23
prior [5]  2/22 3/13 4/10 29/6 41/25
Prisons [3]  57/3 63/25 64/14
probably [1]  26/5
probation [19]  3/9 3/12 4/5 4/8 5/3 5/6 5/8
 7/11 7/14 7/25 8/6 8/11 9/15 25/11 25/20
 39/24 40/6 64/14 64/24
probation's [1]  6/16
probative [1]  63/6
problem [5]  55/14 57/4 59/23 59/25 59/25
problems [5]  19/14 19/15 19/16 20/3 50/9
Procedure [2]  5/23 5/23
proceed [6]  2/14 2/16 6/8 8/20 9/6 10/13
proceedings [2]  65/23 66/3
proceeds [1]  40/9
process [5]  4/24 51/13 51/16 54/23 55/8
produced [2]  28/7 28/13
producing [1]  22/5
profess [1]  40/2
professors [1]  53/8
progeny [1]  46/1
program [4]  20/13 54/11 54/18 54/19
progress [1]  22/16
prohibited [1]  65/1
pronounced [1]  65/11
proof [2]  12/14 30/10
proposal [2]  16/15 53/24
Prosecutors [1]  3/1
proud [1]  57/23
proudly [1]  57/17
prove [1]  6/23
proved [1]  23/13
proven [1]  23/8
proves [1]  18/6
provide [6]  10/21 16/22 18/15 30/11 30/18
 57/20
provided [22]  4/15 11/3 11/14 11/22 11/22
 11/25 12/5 12/7 12/15 15/4 17/24 19/12
 22/13 30/12 30/21 30/22 32/1 33/25 34/4
 38/11 42/11 42/16
provides [1]  11/16
providing [7]  4/10 6/21 7/2 14/10 22/3
 29/18 47/4
PSI [3]  2/21 2/23 3/12
Psychological [1]  15/15 15/23
psychology [5]  46/5 53/4 53/10 53/10 54/22
pulled [1]  47/23

punished [1]  36/3
punishment [1]  33/15
purpose [1]  56/13
purposes [1]  30/10
put [14]  14/18 14/20 18/2 21/5 38/13 41/5
 43/18 51/13 51/15 51/18 53/1 53/2 59/3
 61/24
putting [2]  22/22 47/20

**Q**

qualified [4]  15/5 15/18 17/11 31/13
qualify [3]  17/8 19/4 19/18
quarter [1]  64/9
question [8]  16/6 25/16 29/9 29/12 35/10
 36/4 46/3 47/5
questions [6]  16/6 23/17 24/6 29/12 43/25
 50/15
Quindoza [2]  12/14
quote [1]  60/22
quotes [1]  43/20
quoting [1]  30/24

**R**

Rafael [4]  47/17 48/11 48/14 48/15
raise [1]  38/9
raised [1]  50/22
random [1]  38/25
range [4]  8/23 8/24 10/9 48/8
rate [1]  64/11
rather [2]  20/10 38/13
rationale [1]  17/10
re [1]  33/23
re-argued [1]  33/23
read [2]  8/25 16/18
readmitted [1]  21/3
ready [5]  2/13 21/6 8/8 8/20 61/20
real [17]  14/21 15/3 15/25 17/24 18/7 18/16
 18/18 22/3 22/12 22/13 42/11 42/19 60/24
 60/25 61/1 63/16 63/17
reality [1]  12/20
realize [2]  28/2 62/5
really [10]  6/21 34/1 47/7 52/19 53/8 54/22
 55/16 55/16 56/3 63/13
reason [12]  5/22 8/13 17/14 22/11 28/16
 33/12 37/12 41/6 42/6 47/2 51/22 52/2
reasonable [5]  13/19 13/22 23/8 23/14
 36/10
reasonably [1]  27/19
reasons [1]  53/7
recall [4]  28/9 38/12 39/16 40/14
receive [1]  34/18
received [10]  3/24 10/21 12/24 12/25 13/13
 31/23 31/23 33/5 35/17 47/10
recent [1]  19/20
recess [1]  65/22
recognize [1]  5/16
recollection [1]  5/12
recommendation [4]  41/21 42/2 44/3 46/21
recommendations [1]  41/24
recommended [1]  49/21
recommending [2]  10/11 46/22
record [7]  4/19 6/25 9/7 9/12 29/2 44/21
 65/14
recorded [1]  56/6
records [1]  28/7
recovering [1]  21/23
recruited [2]  11/18 36/15

recruiter [1]  21/19
recruiters [2]  20/18 20/23
recruitment [1]  20/20
refer [1]  56/5
reference [2]  3/18 57/20
referred [3]  16/13 29/3 56/5
referring [2]  10/25 11/24
reflect [1]  38/23
regard [1]  8/8
regarding [2]  3/11 6/16
rehab [2]  20/11 21/1
reinvent [1]  53/19
relapse [1]  21/3
relapsed [1]  34/9
relapsing [1]  21/1
relation [2]  32/10 33/18
relationship [1]  59/22
release [5]  64/10 64/22 64/23 64/25 65/5
released [1]  64/24
relevant [6]  28/16 29/3 31/21 34/22 35/10
 36/24
relies [1]  4/9
religion [1]  61/1
rely [1]  5/17
relying [1]  38/10
remain [2]  41/12 50/5
remains [1]  32/16
remember [8]  6/11 11/11 11/23 35/5 51/8
 51/9 53/7 60/8
remind [1]  60/21
remiss [1]  47/20
reply [1]  29/14
report [10]  4/3 6/16 6/19 7/11 8/6 9/8 40/13
 41/1 64/23 65/9
REPORTED [1]  1/21
reporter [3]  1/22 10/1 66/6
reports [1]  7/14
represent [1]  24/21
Republic [1]  52/17
request [2]  6/7 12/1
requested [1]  12/10
requesting [1]  10/6
require [3]  3/11 44/6 63/7
required [5]  2/23 6/1 10/25 21/10 44/21
residing [1]  59/17
resign [1]  54/14
resolved [1]  4/11
resoundingly [1]  23/13
respect [3]  7/15 38/5 61/19
respectful [1]  57/23
respectfully [5]  8/2 10/6 14/2 23/12 27/17
response [2]  3/8 54/10
responsibility [2]  33/12 39/22
responsible [5]  24/11 27/22 34/11 34/23
 35/22
rest [4]  13/17 42/2 42/3 43/23
restitution [10]  25/12 25/15 25/18 25/22
 26/4 37/2 64/2 64/11 64/16 64/20
restriction [3]  65/6 65/7 65/7
result [3]  12/24 35/8 51/6
reuniting [1]  62/1
rhetorical [1]  31/9
right [17]  8/4 10/13 13/5 13/21 26/2 27/24
 31/14 33/16 36/6 41/11 41/18 41/25 48/2
 50/11 52/13 65/13 65/15
rigorous [1]  51/13
RMR [2]  1/21 66/5

**R**

Robert [5]  57/13 59/24 59/25 60/1 60/14
rode [1]  61/23
RODRIGUEZ [3]  1/15 2/6 43/15
ROJO [63]  1/7 2/3 2/7 2/9 10/4 11/6 11/12
 11/15 12/7 14/10 15/14 16/16 17/11 18/20
 20/14 20/19 20/20 22/2 22/11 22/22 23/1
 23/9 23/19 24/15 25/1 25/17 27/3 29/17
 31/18 34/11 34/23 38/17 39/2 39/11 40/1
 40/5 40/9 41/25 42/4 42/10 45/2 45/2 45/16
 45/20 46/9 46/25 47/2 48/13 48/23 49/2
 49/3 49/7 49/12 49/18 49/25 50/2 50/6 50/6
 50/7 57/19 57/22 63/10 63/24
Rojo's [8]  4/20 6/18 8/8 14/15 22/19 44/13
 44/23 57/13
role [17]  32/10 32/15 32/16 32/20 32/24
 32/25 33/10 33/18 35/21 35/24 35/24 37/7
 37/9 37/18 37/19 37/24 57/24
roles [2]  32/12 32/13
room [5]  1/22 14/8 14/10 20/9 55/21
rooms [2]  14/20 21/24
rough [1]  7/5
rule [1]  7/15
ruled [4]  40/11 40/18 42/8 50/24
rules [9]  2/21 2/23 3/10 5/22 5/23 5/23 6/4
 7/10 7/19
ruling [3]  6/7 37/6 44/2
run [1]  40/3
runners [1]  47/25
running [1]  35/14

**S**

said [22]  10/8 15/1 18/25 22/24 23/10 29/21
 30/21 30/24 32/4 32/4 34/3 35/16 43/1 43/3
 43/6 43/18 44/15 45/12 45/20 45/24 58/22
 60/23
salary [3]  12/24 52/4 52/5
sales [1]  59/25
same [10]  7/18 14/18 21/19 25/13 25/22
 25/23 27/7 27/9 34/19 40/4
sanctions [4]  3/7 8/3 9/8 9/10
sandwiches [1]  58/23
satisfied [1]  24/23
satisfy [1]  64/20
save [1]  52/7
saw [12]  24/10 24/12 24/22 26/16 45/24
 51/3 51/5 55/1 55/9 55/9 55/14 55/15
say [19]  6/1 12/17 24/1 26/14 29/20 33/16
 34/2 41/20 43/10 43/17 51/22 53/21 55/3
 55/4 55/4 60/4 60/19 62/7 63/10
saying [21]  4/17 9/21 9/22 14/5 14/7 14/9
 14/12 14/22 14/24 15/3 15/7 24/7 24/18
 29/19 31/8 34/11 38/6 42/23 44/23 55/24
 59/10
says [3]  3/14 5/3 12/19
Schapiro [1]  55/7
schedule [1]  64/13
scheme [12]  10/17 24/9 31/5 31/7 36/14
 36/25 40/11 49/1 49/19 63/20 63/21 63/21
schemes [2]  25/25 31/10
school [9]  39/18 51/14 51/16 51/17 52/2
 53/3 53/7 53/14 61/24
science [1]  13/23
Scola [7]  15/1 26/12 33/6 47/1 47/15 47/18
 64/5
scores [2]  22/6 24/5

seated [1]  2/10
second [7]  16/18 18/11 19/9 54/1 57/18
 58/4 61/24
seconds [1]  39/3
secret [2]  6/20 7/24
Security [2]  34/18 34/19
see [11]  5/8 10/1 16/12 45/6 46/1 48/7 54/4
 54/13 60/3 62/20 63/17
seek [1]  7/12
seeking [1]  7/12
seems [2]  12/4 29/15
seen [4]  59/9 59/13 59/15 62/9
selections [1]  7/8
self [2]  56/14 65/6
self-employment [1]  65/6
self-esteem [1]  56/14
Selfishness [2]  60/23 60/25
senior [1]  26/22
sense [5]  14/1 14/3 15/9 17/20 39/8
sentence [13]  6/11 6/12 16/17 40/3 40/4
 46/24 47/11 49/21 63/7 64/21 65/11 65/13
 65/15
sentenced [3]  32/12 39/24 47/18
sentences [2]  33/21 48/8
sentencing [18]  1/11 2/11 3/3 3/14 3/16
 6/15 7/16 7/18 8/8 8/13 10/9 36/10 40/9
 41/25 47/21 47/23 57/21 61/11
sentencings [1]  36/22
separate [1]  7/17
September [1]  6/19
served [1]  12/21
serves [1]  48/15
services [27]  10/22 11/3 11/4 11/14 11/14
 11/22 11/22 11/25 12/3 12/4 12/7 12/15
 13/13 16/24 29/18 30/11 30/12 30/17 30/19
 30/21 30/22 31/23 31/24 33/25 34/4 34/4
 52/8
serving [1]  39/16
session [14]  18/1 18/1 18/2 18/5 43/19 56/6
 56/6 56/7 56/8 56/13 56/18 56/18 56/22
 56/22
sessions [12]  14/9 14/16 18/25 19/23 19/23
 31/12 42/11 43/13 55/25 56/19 62/13 62/14
set [2]  2/11 20/11
seven [2]  3/13 52/17
several [1]  64/3
severe [2]  21/8 21/14
shaking [1]  10/1
shall [15]  3/14 36/3 64/1 64/6 64/10 64/15
 64/15 64/16 64/22 64/23 64/25 65/1 65/2
 65/3 65/20
sham [2]  22/3
she [13]  2/25 2/25 18/19 26/5 26/5 26/21
 26/22 26/23 26/24 27/11 34/8 34/9 51/6
short [2]  7/9 49/7
should [18]  10/16 10/20 11/2 11/6 11/19
 12/3 12/22 12/23 24/12 30/12 31/1 31/18
 31/19 34/25 36/2 40/4 40/5 46/19
show [4]  29/4 36/23 53/23 54/2
showed [3]  14/3 18/12 18/14
showing [1]  37/15
shown [2]  42/13 49/4
shows [1]  17/3
shuttle [1]  39/17
sick [3]  55/2 55/12 55/15
sign [2]  16/25 31/10
signature [1]  23/23

signed [2]  16/19 16/24
significant [2]  33/1 33/15
similar [1]  45/8
similarly [2]  35/25 49/11
simple [1]  47/1
simply [3]  7/2 21/18 30/18
since [7]  3/7 16/3 26/25 50/4 52/20 54/15
 54/17
sincerely [1]  57/7
single [10]  17/7 24/18 31/20 50/24 53/18
 53/19 55/10 55/18 57/1 57/4
sir [7]  35/19 37/5 38/4 53/25 57/10 65/14
 65/15
sister [1]  58/21
sister's [1]  58/10
sit [1]  55/21
sitting [2]  14/8 58/12
situated [2]  35/25 49/11
situation [1]  61/20
six [2]  48/17 48/18
size [1]  14/17
skill [1]  40/19
skills [3]  7/12 9/19 10/4
slight [1]  39/7
slowing [1]  9/25
small [1]  58/10
so [56]  3/17 3/24 4/20 4/24 5/14 5/21 5/24
 7/4 7/14 8/1 8/16 8/21 12/12 13/15 14/20
 15/7 15/24 19/1 22/2 22/22 23/1 23/7 24/3
 24/5 24/7 26/7 27/5 29/3 30/3 30/7 35/9
 36/14 37/4 37/18 40/21 41/14 42/9 42/19
 43/17 44/7 44/20 45/7 45/17 46/18 47/19
 49/9 49/11 49/21 53/1 53/2 56/12 58/9
 58/17 60/16 62/7 62/16
so-called [1]  42/19
sober [2]  19/19 20/7
social [4]  18/23 19/2 34/18 34/19
society [1]  22/5
sodas [1]  43/7
some [30]  2/17 2/24 4/18 6/3 7/18 8/1 11/23
 12/14 12/17 12/18 13/12 13/13 13/25 14/22
 14/24 16/1 16/20 34/5 36/12 38/1 42/4 54/6
 56/21 56/23 58/19 58/19 58/23 58/24 59/17
 60/4
somebody [1]  4/22
somehow [13]  21/16 24/25 29/16 29/19
 30/7 30/8 30/25 31/25 33/15 33/24 39/5
 39/9 60/13
someone [4]  22/23 23/4 46/4 63/15
something [12]  15/22 19/25 20/1 21/6 21/9
 21/10 23/3 39/1 52/10 53/2 53/9 54/22
sometimes [7]  17/10 18/18 55/16 55/16
 56/21 56/23 58/16
somewhat [1]  39/7
sophisticated [6]  40/10 40/15 40/22 40/25
 41/4 41/11
sorry [7]  40/20 41/7 52/5 59/5 60/24 62/17
 62/19
sort [1]  31/8
Soto [2]  57/13 57/15
sought [3]  9/23 10/2 10/4
soup [2]  58/24 58/24
SOUTHERN [1]  1/2
speak [2]  50/1 50/14
speaking [3]  16/8 17/20 19/1
special [6]  7/12 9/18 10/4 33/5 40/19 65/5
specific [6]  5/10 5/13 5/17 6/23 28/4 34/1

**S**

specifically [6]   3/11 11/11 33/9 34/7 34/7
65/8
Spectators [1]   2/10
spend [1]   60/4
spin [1]   5/19
spirit [1]   39/25
spoke [1]   59/1
spreadsheet [2]   38/13 38/22
squirrel [1]   17/10
staff [4]   9/24 10/3 15/16 20/1
stand [6]   41/9 43/14 46/10 49/16 61/4 63/4
standard [2]   23/12 65/4
standing [3]   41/18 50/13 57/7
star [1]   30/20
start [4]   13/8 15/22 16/10 58/15
started [9]   26/5 27/15 27/18 50/4 51/12
51/22 52/23 53/17 55/25
starting [1]   15/15
state [4]   9/11 17/3 29/4 29/5
stated [5]   13/24 15/16 36/9 39/2 42/6
states [14]   1/2 1/4 1/12 1/22 2/2 2/4 2/6
2/13 11/1 45/20 52/18 63/22 65/20 66/6
status [2]   30/5 36/2
statute [1]   9/3
statutory [6]   8/25 9/3 10/10 46/22 48/23
49/22
steps [1]   4/15
still [5]   32/23 40/2 42/9 52/15 53/13
street [3]   1/16 20/10 21/6
streets [2]   30/23 63/13
strength [1]   62/23
strike [2]   3/25 8/16
striking [1]   8/3
strip [2]   58/10 58/11
structure [1]   54/11
study [1]   2/25
studying [1]   53/6
subject [4]   2/17 4/4 4/4 25/23
submission [3]   17/19 41/6 42/3
submissions [1]   25/19
submit [1]   18/5
submits [3]   23/12 42/25 43/20
submittals [1]   15/8
submitted [7]   2/21 10/23 28/14 28/15 29/6
35/7 41/8
submitting [1]   2/22
substance [8]   5/1 14/17 19/11 19/13 19/16
19/18 20/3 65/3
substantive [3]   38/17 42/5 42/5
such [7]   10/3 19/20 20/16 28/2 35/12 63/21
64/12
suffering [1]   55/7
sugary [1]   43/7
suggest [4]   29/15 30/25 32/2 36/1
suggested [1]   29/16
suggesting [6]   30/9 31/19 34/13 34/14
34/15 34/16
Suite [1]   66/7
supervised [3]   64/22 64/25 65/4
support [5]   3/19 4/9 39/2 61/23 62/24
supported [1]   51/12
supposed [5]   4/10 22/18 38/22 63/11 63/11
sure [4]   25/20 26/13 34/24 37/12
surmise [1]   11/6
surprise [1]   4/24

swear [2]   51/8 59/12
system [2]   62/24 63/9

**T**

tail [2]   11/15 31/3
tainted [5]   11/4 11/7 12/5 30/12 33/25
take [15]   10/25 11/2 21/7 33/22 39/21 43/1
43/2 43/10 43/12 51/10 53/6 59/7 59/10
63/1 63/15
taken [3]   8/11 8/12 34/21
takes [3]   4/8 5/7 5/9
taking [1]   52/25
talk [5]   3/1 13/25 15/6 53/22 56/24
talked [1]   22/24
talking [6]   9/24 18/7 20/9 20/9 33/3 58/15
tape [3]   17/25 43/5 43/12
taught [1]   56/21
taxpayer [1]   63/23
technology [2]   45/6 45/24
teenage [4]   60/6 60/7 60/8 60/13
television [1]   46/15
tell [3]   50/19 53/8 55/13
telling [1]   51/9
ten [7]   7/19 51/1 51/8 58/1 59/9 60/5 60/21
tenacity [1]   61/19
term [1]   63/25
terms [6]   8/8 14/10 26/17 31/21 49/20
49/20
testified [14]   5/11 5/12 11/10 15/20 18/17
22/19 34/2 34/3 39/12 42/10 42/15 44/15
45/16 48/5
testify [3]   47/19 55/2 55/10
testifying [1]   45/12
testimonial [2]   44/11 44/18
testimony [27]   4/18 4/20 4/22 5/4 5/16 6/18
7/1 11/9 11/11 11/23 16/16 17/10 37/23
39/17 43/22 44/5 44/24 45/1 45/11 45/16
45/18 45/23 47/8 49/16 50/16 55/11 63/6
than [13]   5/25 11/21 12/11 15/24 17/2
20/10 29/12 48/14 49/9 49/12 52/4 53/16
54/19
thank [11]   40/7 42/1 44/20 49/24 50/12
54/3 54/4 57/10 57/15 61/2 63/2
thanks [1]   45/6
that [426]
that's [32]   7/13 8/13 9/5 9/18 13/2 13/5
16/24 18/7 20/10 21/14 22/11 27/19 29/24
31/13 31/16 32/4 32/22 33/11 33/11 33/13
37/12 43/2 47/6 48/8 49/13 51/25 53/9
53/14 53/21 55/24 56/15 63/23
their [11]   14/23 20/19 25/10 25/12 26/7
27/2 29/5 29/5 29/11 32/11 45/14
them [36]   12/1 12/2 17/13 18/15 18/19
18/21 18/24 19/1 20/21 20/21 20/24 21/24
25/9 25/25 26/7 27/21 30/3 37/16 39/23
45/13 45/13 45/22 47/9 54/20 55/11 55/19
55/19 55/22 56/1 56/13 56/16 56/16 56/19
57/6 62/12 63/19
then [13]   6/1 6/7 21/3 27/14 28/6 32/9
41/24 51/18 52/24 53/1 55/4 62/10 64/8
theories [1]   31/25
theory [1]   31/22
therapist [18]   18/14 20/15 26/2 33/5 36/2
37/3 46/6 47/10 47/13 49/5 56/21
therapists [32]   10/3 14/22 14/24 14/25
15/25 16/15 16/19 16/25 18/18 19/23 20/2
20/25 26/11 28/14 28/17 28/22 29/4 29/8

29/14 31/4 31/6 32/11 32/25 33/9 35/23
37/14 39/20 45/12 48/3 49/14 53/24 54/7
therapists' [1]   17/13
therapy [49]   11/16 14/4 14/9 14/10 14/13
14/17 14/19 14/21 15/4 16/4 17/8 17/11
17/25 18/7 18/8 18/9 18/14 18/16 18/18
19/7 19/20 22/3 22/3 22/12 25/1 31/11 32/1
35/6 35/9 36/13 36/16 42/11 42/11 42/15
42/19 42/23 43/2 43/11 43/12 43/19 44/15
44/25 45/3 56/1 56/1 56/2 56/11 62/13
63/10
there [78]
therefore [8]   12/3 12/21 15/4 23/15 30/12
36/3 37/18 43/19
these [19]   7/23 8/5 8/7 11/13 12/14 15/1
20/6 20/25 21/5 21/18 21/22 30/11 31/9
34/16 36/8 38/23 40/3 58/1 64/18
they [100]
thing [2]   62/4 62/7
things [10]   15/2 24/9 39/25 43/8 48/8 50/23
50/24 53/21 53/22 56/11
think [27]   5/6 9/6 9/13 10/24 12/13 16/1
16/7 24/16 26/4 26/23 29/20 29/20 29/21
34/21 35/2 35/14 36/12 37/11 41/5 47/6
50/2 50/10 50/19 51/3 56/20 62/18
thinks [1]   14/2
this [136]
Thomas [1]   9/23
those [12]   2/19 3/4 8/14 11/25 29/12 30/22
30/23 38/18 50/24 55/5 60/2 63/13
though [3]   35/13 43/4 49/18
thought [4]   6/24 40/17 44/6 55/12
three [9]   7/20 12/20 25/21 30/17 34/12
34/14 48/20 52/23 64/22
through [25]   8/25 17/17 18/15 19/13 20/23
22/5 22/6 24/4 37/16 42/17 42/22 44/7
45/24 47/8 49/8 49/15 50/15 51/13 51/15
53/3 53/20 54/23 60/16 61/24 62/24
throughout [4]   17/1 58/1 59/9 62/9
thrown [1]   39/1
thumb [1]   22/20
time [26]   2/11 4/10 8/1 16/21 21/2 26/20
27/1 27/4 27/5 28/3 38/9 48/14 48/25 49/7
49/20 50/18 50/19 52/16 54/17 59/16 59/22
60/4 61/18 61/23 61/24 64/12
timely [1]   2/21
times [2]   14/9 62/13
title [1]   6/11
today [8]   2/11 3/17 4/5 17/6 50/13 52/13
56/25 62/22
together [2]   19/16 38/13
told [5]   19/4 20/21 20/22 45/12 58/18
Tonya [1]   26/19
too [3]   21/7 22/25 22/25
took [6]   4/15 9/18 15/21 42/22 56/7 56/17
top [1]   25/11
topic [1]   56/18
total [5]   7/17 8/21 10/8 38/7 54/10
totally [2]   44/12 51/4
touches [1]   62/3
toward [1]   61/10
trained [2]   46/6 54/22
transactions [1]   39/13
transcriber [2]   39/11 39/12
transcript [15]   1/11 3/19 3/20 3/25 4/12
4/12 4/14 4/20 5/15 6/13 7/2 7/5 7/7 8/5
43/24

**T**

transcription [1]  66/3
transcripts [3]  6/16 6/21 7/1
transition [1]  54/20
translated [1]  18/1
translator [1]  18/25
treat [1]  32/3
treated [1]  55/6
treatment [20]  15/17 22/18 22/20 22/24
 23/2 23/3 24/2 24/4 24/11 24/19 25/2 45/19
 45/21 45/25 46/1 46/11 46/15 49/3 49/5
 55/23
treatments [1]  15/13
trial [28]  4/13 4/14 4/23 5/4 14/3 15/16
 16/14 17/2 17/24 23/5 23/9 28/13 33/11
 33/16 34/2 34/3 35/5 36/1 36/5 36/21 37/13
 44/5 47/13 47/24 49/15 53/20 54/6 56/7
true [4]  20/17 26/10 26/14 42/14
truthfully [1]  45/16
try [3]  18/15 56/4 56/12
trying [3]  16/1 18/18 43/15
tune [1]  25/3
turn [2]  16/5 65/20
Turning [1]  46/21
twice [1]  18/2
two [15]  7/17 25/21 33/13 40/16 40/24
 40/25 41/4 48/22 49/14 53/1 59/15 61/7
 61/8 61/8 61/23
two-level [3]  33/13 40/16 40/25
type [4]  18/9 51/25 53/9 57/5

**U**

U.S [3]  1/16 64/14 66/6
ultimately [1]  39/5
unable [2]  28/24 65/17
unaware [1]  4/25
undeniable [1]  62/21
under [3]  10/24 17/9 31/22
underserved [1]  51/20
understand [4]  9/1 32/15 38/8 57/22
understanding [3]  38/10 56/3 56/14
unexpected [1]  64/19
unfortunately [1]  28/24
UNICOR [2]  64/8 64/8
UNITED [13]  1/2 1/4 1/12 1/22 2/2 2/4 2/6
 2/13 11/1 52/17 63/22 65/20 66/6
unless [3]  16/5 23/17 43/24
unpleasant [1]  46/9
unselfishness [1]  61/1
until [4]  3/6 4/15 64/12 65/22
unwise [1]  36/5
up [10]  5/20 20/11 28/17 28/20 34/1 43/16
 43/19 60/11 61/20 63/13
upon [8]  4/9 5/17 23/20 32/21 35/7 37/22
 44/16 64/10
us [4]  53/8 54/12 61/9 63/2
use [1]  22/21
used [5]  10/20 18/19 27/7 40/18 46/11
using [3]  19/21 21/23 64/19

**V**

vacuum [1]  34/10
Valledor [1]  26/4
Valledor's [1]  26/20
varied [1]  33/6
various [3]  39/20 45/7 45/25

vast [4]  17/5 17/13 18/25 19/10
verbatim [1]  30/24
verdict [3]  29/21 30/8 38/19
version [2]  7/3 44/12
versions [1]  7/3
versus [3]  2/3 11/1 13/9
very [20]  13/9 15/1 24/23 25/9 36/16 49/7
 50/22 50/23 51/1 51/14 51/14 51/24 54/4
 55/8 57/10 57/22 61/2 61/25 63/16 63/17
video [2]  44/10 44/17
view [1]  8/5
VILLANUEVA [8]  1/18 2/8 37/25 38/2
 50/5 57/11 61/6 63/19
violating [1]  7/14
virtually [1]  24/24
vocation [1]  53/14
voices [1]  63/16
vulnerable [1]  22/4

**W**

waiting [1]  58/22
waivers [1]  18/13
walking [1]  21/24
want [15]  19/7 24/2 24/8 28/3 34/24 44/1
 47/24 50/18 51/9 52/3 53/8 55/16 56/5
 57/22 60/19
wanted [14]  18/14 18/22 18/23 25/24 38/9
 48/7 51/10 51/23 51/24 51/24 52/12 53/2
 56/24 57/8
wants [2]  40/21 42/17
warm [1]  58/23
warrant [1]  9/22
was [234]
wasn't [18]  5/4 5/4 12/19 13/23 14/10 15/18
 15/25 17/7 18/20 21/9 21/10 22/3 22/12
 34/15 42/14 47/15 49/18 55/21
wasted [1]  63/18
way [11]  1/19 19/4 31/9 35/3 43/16 51/5
 52/22 54/6 56/21 56/23 62/20
ways [1]  32/7
we [84]
we've [1]  41/9
weekend [1]  28/9
weekends [1]  7/20
weeks [1]  56/17
weight [1]  63/8
Weiss [2]  15/21 20/2
well [17]  6/11 6/13 9/1 9/11 10/14 13/17
 20/17 22/22 24/13 26/8 26/18 34/11 36/21
 49/1 55/5 58/18 64/3
went [15]  7/17 15/16 28/6 30/13 31/25
 33/11 36/1 37/13 43/17 49/14 53/13 55/25
 57/1 58/23 58/25
were [92]
weren't [4]  14/7 18/13 20/12 22/19
what [64]  2/19 4/17 4/25 5/11 5/12 6/5 6/25
 10/19 14/2 14/8 14/10 14/12 14/13 15/3
 15/17 15/18 15/18 15/18 15/25 15/25 16/2
 16/3 17/19 18/22 18/22 21/14 23/18 23/19
 24/17 25/4 25/12 25/18 25/24 27/3 27/14
 27/17 27/19 29/13 29/24 30/9 30/10 30/24
 31/8 31/13 31/18 31/25 32/4 33/23 34/22
 34/25 36/8 36/11 37/15 42/18 43/2 43/18
 44/1 46/7 51/25 55/11 55/13 55/17 58/22
 62/18
what's [1]  60/6
whatever [7]  14/4 14/20 15/10 18/8 20/9

25/7 39/22
wheelchair [1]  58/12
when [35]  10/24 11/20 12/9 20/2 21/1 21/13
 26/5 27/15 27/15 27/17 27/18 27/22 27/23 31/2
 31/25 32/1 32/5 33/3 34/6 34/17 34/22 36/8
 41/20 43/1 43/15 45/20 46/9 51/1 53/17
 54/13 54/25 55/21 55/25 57/1 59/14 63/12
whenever [1]  29/1
where [12]  13/8 13/12 14/17 14/19 21/22
 21/25 43/6 45/25 47/6 48/7 54/11 64/24
whereas [2]  49/2 49/7
whether [12]  11/24 12/16 15/5 23/9 24/6
 32/17 32/18 32/21 32/25 36/5 37/9 37/13
which [37]  3/7 4/7 5/16 5/17 6/18 7/22
 10/11 10/15 11/1 11/24 12/17 12/19 13/25
 14/14 17/15 18/2 23/5 23/7 25/22 28/4
 28/11 28/12 29/3 29/7 29/7 32/7 32/20 33/2
 35/1 38/17 38/22 41/8 42/8 43/8 43/13
 43/20 65/11
while [6]  12/25 18/17 19/23 23/16 49/11
 64/25
who [64]  2/9 11/7 11/10 11/10 11/12 11/15
 11/17 11/17 11/18 12/6 13/12 13/13 13/22
 13/23 14/19 16/19 18/15 18/24 19/3 20/18
 21/12 21/14 21/18 28/17 28/20 30/15 30/16
 31/10 31/11 31/12 31/12 34/2 34/4 35/14
 35/25 36/18 38/12 44/12 44/14 44/19 45/12
 46/4 46/5 46/6 47/7 47/10 47/13 47/25 48/4
 48/4 48/5 48/24 49/14 49/14 49/15 50/20
 56/16 57/9 57/13 60/23 62/8 62/13 63/13
 63/15
whole [4]  51/4 51/13 54/23 56/13
whose [1]  26/2
why [14]  5/3 8/13 21/13 28/2 28/13 28/16
 31/16 33/12 33/13 41/6 51/22 53/21 55/24
 58/4
Wilkie [1]  66/6
will [18]  5/24 8/14 12/12 16/7 25/20 29/11
 32/2 32/3 32/7 33/20 33/21 37/19 38/12
 39/16 41/12 41/14 45/13 45/13
Williams [2]  43/5 43/6
wise [1]  36/5
wish [1]  50/1
within [4]  5/25 32/9 64/22 65/16
without [2]  31/6 31/9
witness [4]  11/12 30/21 42/22 48/4
witness's [1]  63/5
witnessed [1]  59/11
witnesses [9]  18/15 19/5 19/13 34/2 34/3
 42/15 46/8 50/16 55/10
words [4]  17/14 38/21 52/12 62/18
work [13]  29/17 31/5 31/10 32/1 32/5 51/19
 52/19 54/12 54/23 55/25 57/1 60/3 61/24
worked [7]  12/20 25/5 26/6 26/21 26/24
 27/1 55/1
works [12]  7/4 12/25 34/12 51/12 52/23
 52/25 53/17 53/18 54/18 54/19 55/22 55/22
 57/2 59/14 62/11
works [2]  31/7 64/7
world [1]  59/8
would [46]  2/18 3/5 3/10 4/25 5/20 7/21 9/2
 10/20 13/17 17/12 18/5 18/17 24/1 24/3
 24/7 24/18 24/25 26/10 29/2 30/23 30/23
 35/9 36/16 39/2 39/17 40/5 44/6 44/9 44/10
 44/10 45/11 45/15 45/18 46/14 49/22 49/25
 50/2 50/6 53/8 57/6 61/3 61/9 63/3 63/5
 63/7 65/12

| **W** |
|---|
| wouldn't [2]  4/23 24/3 |
| write [4]  44/24 45/1 45/13 47/4 |
| written [1]  41/10 |
| wrong [4]  25/21 29/17 30/13 63/23 |

| **Y** |
|---|
| Yandy [9]  22/7 39/9 39/9 39/14 44/24 45/12 45/13 45/14 49/8 |
| Yeah [2]  23/25 31/22 |
| year [3]  48/16 48/17 48/18 |
| years [22]  12/21 24/16 24/16 26/24 30/18 34/12 34/14 39/24 40/5 48/20 51/8 51/16 53/1 53/5 55/8 58/1 59/9 60/21 61/16 62/9 62/10 64/22 |
| yes [12]  26/23 26/23 27/9 36/13 40/16 41/5 41/16 48/7 57/12 61/12 61/14 65/12 |
| yesterday [3]  3/20 3/24 4/15 |
| yet [6]  22/11 24/5 40/12 40/22 42/9 43/20 |
| you [140] |
| you're [1]  18/3 |
| your [106] |